**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **09 - 23512**



FILED by _KAL_ D.C.
INTAKE

NOV 1 8 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

BANC OF AMERICA LEASING & CAPITAL, LLC,
a California limited liability company,

  Plaintiff,

vs.

FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR BANKUNITED, FSB, and
BANKUNITED, a federal savings association,

  Defendants.

_____/

CIV-UNGARO

MAGISTRATE JUDGE
SIMONTON

## COMPLAINT

Plaintiff, Banc of America Leasing & Capital, LLC ("Banc of America"), hereby sues Defendant Federal Deposit Insurance Corporation ("FDIC") in its capacity as Receiver for BankUnited, FSB ("BankUnited, FSB") and Defendant BankUnited ("BankUnited") and respectfully states as follows:

### THE PARTIES

1.     Banc of America is a Delaware limited liability company with its principal place of business in San Francisco County, California. Banc of America is an equipment financing company and provides financing solutions to more than 50,000 clients worldwide.

2.     The FDIC, in its capacity as Receiver for BankUnited, FSB is located in Dallas County, Texas. The FDIC became Receiver for BankUnited, FSB, a failed depository institution with its principal place of business in Miami-Dade County, Florida, on or about May 21, 2009.

3.     BankUnited is a federal savings association with its principal place of business in Miami-Dade County, Florida.   BankUnited is a newly chartered federal savings bank that acquired assets and assumed certain obligations of BankUnited, FSB from the FDIC on May 22, 2009.

## JURISDICTION AND VENUE

4.     Pursuant to 12 U.S.C.A. s. 1821(d) and 18 U.S.C. s. 1331, the United States District Court, Southern District Court of Florida, has jurisdiction over this civil action.  Banc of America, a claimant of the FDIC, is seeking judicial determination of the validity of its claim with the FDIC in accordance with 12 U.S.C.A.s. 1821(d)(6)(A) which provides that:

> the claimant may....file suit on such claim... in the district or territorial court of the United States for the district within which the depository institution's principal place of business is located or the United States District Court for the District of Columbia (and such court shall have jurisdiction to hear such claim.)

5.      Because the principal place of business of BankUnited, FSB, the "depository institution" referred to in 12 U.S.C.A. s. 1821(d)(6)(A), and BankUnited is in Miami-Dade County, Florida,  the United States District Court, Southern District of Florida, has jurisdiction over the parties hereto and the subject matter hereof.

6.     Venue in the Miami Division of the United States District Court, Southern District of Florida is appropriate because BankUnited, FSB's and BankUnited's principal place of business is in Miami-Dade County, Florida.

## FACTUAL ALLEGATIONS

7.     In May 2006, BankUnited, FSB entered into a contract with the Oracle Credit Corporation to receive software and software support valued at approximately $3,051,728.00 for

a term of three years beginning in May 2007. A true and correct copy of the contract between BankUnited, FSB and the Oracle Credit Corporation ("Contract") is attached hereto as Exhibit "A." BankUnited, FSB has received all consideration due it under the Contract and incurred this obligation to pay for the Oracle software and software support in May 2006, approximately three years before the FDIC was appointed as Receiver for BankUnited, FSB.

8.      As part of the Contract, BankUnited, FSB and Oracle Credit Corporation established a Payment Schedule in which BankUnited, FSB was to pay for the software and software support in scheduled installment payments. As per the Payment Schedule, BankUnited, FSB specifically agreed to pay two initial payments of $400,000 and then ten payments of $226,173 plus taxes on a quarterly basis through April 1, 2010. (Contract at p. 1). Pursuant to Paragraph 3 of the Contract, in the event of any default under the Contract that is not cured within thirty (30) days, Oracle Credit Corporation may require all outstanding payment amounts that are due or may become due pursuant to the Contract "to become immediately due." This, if BankUnited, FSB failed to make one of the installment payments within 30 days, the entire balance of installment payments would become due.

9.      On or about June 29, 2007, Oracle Credit Corporation gave BankUnited, FSB a credit in the amount of $173,948.75 and modified the amount of the installment payments due under the Payment Schedule. A true and correct copy of the modified payment schedule is attached hereto as Exhibit "C."

10.      On or about June 29, 2007, Oracle Credit Corporation assigned its payments and rights under the Contract, including the modified Payment Schedule, to Banc of America. A true and correct copy of the Notification of Assignment Letter is attached hereto as Exhibit "B."

Banc of America's right to payment under the Contract was fully vested as of June 29, 2007, the date of Assignment.

11. On or about May 21, 2009, BankUnited, FSB failed as a depository institution and the Federal Deposit Insurance Corporation ("FDIC") was named as Receiver for BankUnited, FSB.

12. As Assignee of Oracle Credit Corporation's rights under the Contract, Banc of America filed a claim with the FDIC on June 29, 2009 seeking the remaining installment payments due under the Contract. A true and correct copy of the Proof of Claim is attached hereto as Exhibit "D." In its claim, Banc of America sought $961,461.88, including taxes, for the remaining July 1, 2009, October 1, 2009, January 1, 2010 and April 1, 2010 installment payments due to Banc of America for the Oracle software and software support BankUnited, FSB purchased in May 2007.

13. On or about September 18, 2009, the FDIC as Receiver for BankUnited, FSB disallowed Banc of America's claim on the grounds that the "claim should be paid by the bank." A true and correct copy of the FDIC's Notice of Disallowance is attached hereto as Exhibit "E."

14. On or about September 23, 2009, Banc of America received payment from BankUnited for the installment payment that was due on July 1, 2009 pursuant to the Contract.

15. To date, Banc of America has not received the October 1, 2009 installment payment due under the Contract or any other payments for the Oracle software and software support. Pursuant to Section 3 of the Contract, Banc of America has elected to accelerate the balance due and accordingly, the January 1, 2010 and April 1, 2010 payments are immediately due as well.

16.     On or about May 22, 2009, BankUnited, FSB, the FDIC and BankUnited entered into a Purchase and Assumption Agreement ("Assumption Agreement") which set forth each parties' obligations during BankUnited's transition out of Receivership.  A true and correct copy of the Assumption Agreement is attached hereto as Exhibit "F."  Because Banc of America has an existing agreement with BankUnited, FSB, which is reflected in the Contract attached as Exhibit "A" and the Assignment attached as Exhibit "B," Banc of America is an intended third party beneficiary to the Assumption Agreement.

17.     Pursuant to Section 4.8(a) of the Assumption Agreement, BankUnited was to provide the FDIC with notice of whether it will assume or not assume BankUnited, FSB's existing agreements within 170 days after "Bank Closing," which would be on or about November 9, 2009.  Furthermore, the Assumption Agreement states that the "Assuming Bank [BankUnited] shall be deemed by the Receiver [the FDIC] to have assumed the agreements for which no notification is timely given."

18.     Upon information and belief, BankUnited has not timely provided the FDIC with notice of whether it will be assuming or not assuming the Contract.  Therefore, BankUnited is deemed to have assumed the Contract pursuant to Section 4.8(a) of the Assumption Agreement.  However, BankUnited has failed to make the remaining payments due under the Contract.

19.     Alternatively, if BankUnited is deemed to have timely provided notice that it will not be assuming the Contract, then the FDIC remains liable for the October 1, 2009 payment and the January 1, 2010 and April 1, 2010 payments that are now due pursuant to the Contract's acceleration clause because Banc of America's rights under the Contract fully vested prior to May 21, 2009, the date of BankUnited, FSB's failure and date of the naming of the FDIC as Receiver for BankUnited, FSB.

20.    Upon information and belief, BankUnited continues to use the Oracle software and software support.

21.    Banc of America has had to retain the law firm of Cohen & Bobotas to seek all available legal remedies.

22.    All conditions precedent to the maintenance of this action have been complied with or waived.

**COUNT I**
**BREACH OF CONTRACT (against Defendant BankUnited)**

23.    Banc of America re-alleges paragraphs 1-22 as if fully restated herein.

24.    BankUnited, FSB and Oracle Credit Corporation entered into a Contract on May 25, 2007.

25.    Pursuant to the Contract, BankUnited, FSB is obligated to pay for the Oracle software and software support in full in quarterly installment payments.  In the event of a default under the Contract, Oracle Credit Corporation may require that all payments scheduled to be due in the future become immediately due.

26.    Oracle Credit Corporation's rights under the Contract were assigned to Banc of America on June 29, 2007.

27.    On or about May 22, 2009, BankUnited acquired the assets and most of the liabilities of BankUnited, FSB including BankUnited, FSB's liabilities pursuant to the Contract.

28.    Due to BankUnited's failure to give timely notice of its assumption or rejection of the Contract, BankUnited is deemed to have assumed the Contract.

29.    To date, BankUnited has not paid Banc of America for the October 1, 2009 quarterly installment payment or the January 1, 2010 and the April 1, 2010 future scheduled

payments which are now due under the Contract's acceleration clause and which total, including taxes and interest, $740,071.06, plus late fees which are due under the Contract.

30.    Accordingly, as a result of BankUnited's failure to pay, BankUnited has breached the Contract.

31.    Due to this breach of Contract, Banc of America has been damaged.

**COUNT II**
**BREACH OF CONTRACT (against Defendant FDIC)**

32.    Banc of America re-alleges paragraphs 1-22 as if fully restated herein.

33.    BankUnited, FSB and Oracle Credit Corporation entered into a Contract on May 25, 2007.

34.    Pursuant to the Contract, BankUnited, FSB is obligated to pay for the Oracle software and software support in full. In the event of a default under the Contract, Oracle Credit Corporation may require that all payments scheduled to be due in the future become immediately due.

35.    Oracle Credit Corporation's rights under the Contract were assigned to Banc of America on June 29, 2007.

36.    Banc of America's right to payment pursuant to the Contract was fully vested in June 2007 when Oracle Credit Corporation assigned the Contract to Banc of America.

37.    On or about May 22, 2009, the FDIC was appointed Receiver for BankUnited, FSB and acquired the assets and liabilities of BankUnited, FSB including BankUnited, FSB's liabilities under the Contract.

38.    To date, the FDIC has not paid Banc of America for the October 1, 2009 payment or the January 1, 2010 and April 1, 2010 future scheduled payments that are now due pursuant to

the Contract's acceleration clause and which including taxes and interest total $740,071.06, plus late fees which are due under the Contract.

39.     As a result of the FDIC's failure to pay, the Contract has been breached.

40.     Due to this breach of Contract, Banc of America has been damaged.

**COUNT III**
**ACCOUNT STATED (Against BankUnited and FDIC)**

41.     Banc of America realleges Paragraphs 1-22 as if fully restated herein.

42.     Before the institution of this lawsuit, Oracle Credit Corporation and BankUnited, FSB had business transactions between them and on June 29, 2007, they agreed to the balance of $2,887,779 plus taxes.

43.     Oracle Credit Corporation rendered a statement of these business transactions to BankUnited, FSB attached as Exhibit "C," and BankUnited, FSB did not object to the statement.

44.     On or about June 29, 2007, Oracle Credit Corporation assigned its rights under the Contract to Banc of America.

45.     On or about May 22, 2009, the FDIC and/or BankUnited acquired the assets and liabilities of BankUnited, FSB including the liabilities reflected on Exhibit "C."

46.     Since November 1, 2009, the FDIC and/or BankUnited owe Banc of America the October 1, 2009 and the January 1, 2010 and the April 1, 2010 payments that are now due pursuant to the Contract's acceleration clause which total $740,071.06 plus late fees.

**COUNT IV**
**GOODS SOLD (Against BankUnited and FDIC)**

47.     Banc of America realleges Paragraphs 1-22 as if fully restated herein.

8

48.     BankUnited and/or FDIC owe Banc of America, inclusive of taxes and interest, $740,071.06, plus late fees, that are due with interest since November 1, 2009 for the following goods sold and delivered to BankUnited from May 27, 2007 to the present date:

- Oracle software
- Oracle software support

## COUNT V
## CIVIL CLAIM PURSUANT TO 12 U.S.C.A. s. 1821(d)(6) (Against FDIC)

49.     Banc of America realleges Paragraphs 1-22 as if fully restated herein.

50.     On or about June 29, 2009, Banc of America filed a claim with the FDIC.

51.     On or about September 18, 2009, the FDIC disallowed Banc of America's claim, stating that the "this claim should be paid by [BankUnited]."

52.     To date, BankUnited has failed to pay the payments due under the Contract, specifically the October 1, 2009 payment and the January 1, 2010 and April 1, 2010 payments that are now due pursuant to the Contract's acceleration clause.

53.     The FDIC remains liable for Banc of America's claim because BankUnited, FSB received full consideration under the Contract and Banc of America's rights in the Contract were fully vested on June 29, 2007, approximately two years prior to the naming of the FDIC as Receiver for BankUnited, FSB.

54.     Pursuant to 12 U.S.C.A. s. 1821(d)(6), Banc of America, as a claimant with the FDIC that had its claim disallowed, may "file suit on such claim" and seek judicial determination of the claim.

55.     Accordingly, Banc of America seeks judicial determination of its claim with the FDIC for the obligations BankUnited, FSB incurred pursuant to the Contract prior to the appointment of the FDIC as Receiver to BankUnited, FSB.

## COUNT VI
## TERMINATION OF LICENSE (against BankUnited and FDIC)

56.     Banc of America realleges Paragraphs 1-22 as if fully restated herein.

57.     Pursuant to the Contract, BankUnited, FSB obtained licenses for use of the Oracle software from Oracle Credit Corporation in exchange for BankUnited, FSB's payment for these licenses.

58.     On or about June 29, 2007, Oracle Credit Corporation assigned its rights, including the right to terminate the licenses.

59.     On or about May 22, 2009, BankUnited and/or the FDIC assumed the rights and obligations of BankUnited, FSB's existing agreements, including the Contract.

60.     Upon information and belief, BankUnited continues to use the Oracle software provided through the licenses obtained pursuant to the Contract.

61.     BankUnited and FDIC have breached the Contract by failing to make the October 1, 2009 payment and the January 1, 2010 and April 1, 2010 payments that are now due pursuant to the Contract's acceleration clause.

62.     Banc of America is therefore entitled to the termination of the license for the Oracle software that was provided to BankUnited, FSB and which BankUnited and/or the FDIC have assumed.

WHEREFORE Plaintiff Banc of America Leasing & Capital, LLC seeks damages, pre-judgment interest, attorneys' fees, termination of the Oracle licenses and any such additional relief this Court deems just and proper against Defendant Federal Deposit Insurance Corporation

as Receiver for BankUnited, FSB and Defendant BankUnited.

Dated: November 18th, 2009
    Miami, Florida

Respectfully submitted,

*Michelle A. McClaskey*

MICHELLE MCCLASKEY
Fla. Bar No.: 017717
mam@cohenandbobotas.com
COHEN & BOBOTAS
Mellon Financial Center
1111 Brickell Avenue, Suite 2920
Miami, Florida 33131
Telephone: (305) 371-8177
Facsimile: (305) 358-0638
*Attorneys for Plaintiff Banc of America
Leasing & Capital, LLC*

# Exhibit "A"

# ORACLE | Credit Corporation

Page 1 of 1

**ASSIGNEE'S ORIGINAL    Payment Schedule**

No. 22608

| | |
|---|---|
| Customer: | Bank United FSB |
| Address: | 7815 NW 148th St |
| | Miami Lakes  FL  33014 |
| Contact: | |
| Phone: | |
| Order: | 3050573  Invoiced 18-MAY-07 |
| Agreement: | V011907  dated |
| PPA No: | 4790  dated  18-MAY-06 |

Executed by Customer (authorized signature):

By:

Name:

Title:

Executed by Oracle Credit Corporation:

By:

Name:

Title:

Payment Schedule Effective Date  25 May 07.

**System:**

| | | Payment Schedule: Payment Amount | Due Date |
|---|---|---|---|
| Software: | $1,252,800.00 | 2 @ $400,000 | 01-JUL-07, 01-OCT-07 |
| Support: | $1,808,928.00  3 Year(s) | 10 @ $226,173 | 01-JAN-08, 01-APR-08, 01-JUL-08, 01-OCT-08, 01-JAN-09, 01-APR-09, 01-JUL-09, 01-OCT-09, 01-JAN-10, 01-APR-10 |
| Consulting: | $0.00 | | |
| Education: | $0.00 | | |
| Other: | $0.00 | | |
| System Price: | $3,061,728.00 | | |

Transaction Specific Terms:
For this Contract, the rate used in PPA Section 3, Paragraph 2, Subsection (i) shall be the lesser of the rate in the Contract or 3%.
Future increases in support fees, if any, are not included in the System Price or Payment Amounts. Such increases shall be due separately to the applicable Supplier from Customer.

---

Optional       (If this box is checked):
The Customer has ordered the System from an alliance member/agent of Oracle Corporation or one of its affiliates, whose name and address are specified below. Customer shall provide OCC with a copy of such Order. The System shall be directly licensed or provided by the Supplier specified in the applicable Order and Agreement, each of which shall be considered a separate contract. Customer has entered into the Order and Agreement based upon its own judgment, and expressly disclaims any reliance upon statements made by OCC about the System, if any. Customer's rights with respect to the System are as set forth in the applicable Order and Agreement and Customer shall have no right to make any claims under such Order and Agreement against OCC or its Assignee. Neither Supplier nor any alliance member/agent is authorized to waive or alter any term or condition of this Contract. If within ten days of the Payment Schedule Effective Date, OCC is provided with Customer invoices for the System specifying applicable Taxes, then OCC may add the applicable Taxes in accordance with this Contract.

Alliance Member/Agent:

Address:

Contact: _____  Phone _____

This Payment Schedule is entered into by Customer and Oracle Credit Corporation ("OCC") for the acquisition of the System from Oracle Corporation, an affiliate of Oracle Corporation, an alliance member/agent of Oracle Corporation or any other party providing any portion of the System ("Supplier"). This Payment Schedule incorporates by reference the terms and conditions of the above-referenced Payment Plan Agreement ("PPA") to create a separate Contract ("Contract").

**A. PAYMENTS:** This Contract shall replace Customer's payment obligation under the Order and Agreement to Supplier, to the extent of the System Price listed above. Upon Customer's delivery of a fully executed Order, Agreement, PPA, Payment Schedule, and any other documentation required by OCC, and execution of the Contract by OCC, Customer agrees that OCC may add the applicable Taxes due on the System Price to each Payment Amount based on the applicable tax rate invoiced by Supplier at shipment. OCC may adjust subsequent Payment Amounts to reflect any change or correction in Taxes due. If the System Price includes support fees for a support period that begins after the first support period, such future support fees and the then relevant Taxes will be paid to Supplier as invoiced in the applicable support period from the Payment Amounts received in that period. The balance of each

Payment Amount, unless otherwise stated, includes a proportional amount of the remaining components of the System Price excluding such future support fees, if any.

**B. SYSTEM:** Software shall be accepted, and the services shall be deemed ordered, pursuant to the terms of the Agreement. Customer agrees that any software acquired from Supplier to replace any part of the System shall be subject to the terms of the Contract. Any claims related to the performance of any component of the System shall be made pursuant to the Order and Agreement. Neither OCC nor Assignee shall be responsible to Customer for any claim or liability pertaining to any performance, actions, warranties or statements of Supplier.

**C. ADMINISTRATIVE:** Customer agrees that OCC or its Assignee may treat executed faxes or photocopies delivered to OCC as original documents; however, Customer agrees to deliver original signed documents if requested. Customer agrees that OCC may insert the appropriate administrative information to complete this form. OCC will provide a copy of the final Contract upon request.

PS_US 07/Jan/06

MAY 29 2009 11:39 FR LEAS ADMINISTRATION 3129748370 TO 17044090619     P.08

# ORACLE | Credit Corporation

**Payment Plan Agreement**

| | |
|---|---|
| Customer: | Executed by Customer (authorized signatory) |
| Address: 7915 NW [___] St | By: |
| | Name: Luis E. Ruiz [___] |
| Miami Lakes  FL  33014 | Title: SVP |
| Phone: | Executed by Oracle Credit Corporation: |
| FFX #:  4790 | By: |
| Effective Date:  05 11 06 | Title: |

The Payment Plan Agreement ("PPA") is entered into by Customer and Oracle Credit Corporation ("OCC") to provide for the payment of the System Price specified in a Payment Schedule on an installment basis. The System (as defined below) is being acquired from Oracle Corporation, an oracle reseller/agent of Oracle Corporation or any other party providing any portion of the System ("Supplier"). Each Payment Schedule shall specify the Software and other products and services, which items together with any upgrade, transfer, substitution, or replacement thereof, shall comprise the "System." Each Payment Schedule shall incorporate the terms and conditions of the PPA in form of "Contract," and the System specified therein shall be subject to the terms and conditions of each Contract. The System shall be licensed or provided to Customer directly by Supplier pursuant to the terms of the Order and Agreement specified in the Contract. Except as provided under the Contract, Customer's rights and remedies under the Order and Agreement, including Supplier's warranty and refund provisions, shall not be affected.

**1. PAYMENT SCHEDULE:** Customer agrees to pay OCC the Payment Amounts in accordance with the Contract, with interim dues and payable on the applicable Due Date. If full payment of each Payment Amount and other amounts payable is not received by OCC within 10 days of each Due Date, Customer agrees to pay to OCC interest on the overdue amount at the rate equal to the lesser of one and one-half percent (1.5%) per month, or the maximum amount allowed by law. Unless stated otherwise, Payment Amounts exclude any applicable sales, use, property or any other tax allocable to the System, Agreement or Contract ("Taxes"). Any amounts of any Taxes payable under the Agreement which are not added to the Payment Amounts due under the Contract are due and payable by Customer, and Customer shall remain liable for any filing obligations. Customer's obligation to remit Payment Amounts to OCC as its assignee in accordance with the Contract is absolute, unconditional, non-cancelable, independent, and shall not be subject to any abatement, setoff, claim, counterclaim, adjustment, reduction, or defense for any reason, including but not limited to any termination of any Agreement, or performance of the System.

**2. ASSIGNMENT:** Customer hereby consents to OCC's assignment of all or a portion of its rights and interests in and to the Contract to third-parties ("Assignee"). OCC shall provide Customer notice thereof. Customer and OCC agree that Assignee shall not, because of such assignment, assume any of OCC's or Supplier's obligations to Customer. Customer shall not assert against Assignee any claim, defense, counterclaim or setoff that Customer may have against OCC or Supplier. Customer waives all rights to any claim against Assignee for any loss or damage of the System or breach of any warranty, express or implied, as to any matter whatsoever, including but not limited to the System and service performance, functionality, features, merchantability or fitness for a particular purpose, of any indirect, incidental or consequential damages or loss of business. Customer shall pay Assignee all amounts due and payable under the Contract, but shall pursue any claims under any Agreement solely against Supplier. Except when a Default occurs, neither OCC nor Assignee will interfere with Customer's quiet enjoyment or use of the System in accordance with the Agreement's terms and conditions.

**3. DEFAULT; REMEDIES:** Any of the following shall constitute a Default under the Contract: (i) Customer fails to pay when due any sums due under any Contract; (ii) Customer breaches any representation or fails to perform any obligation in any Contract; (iii) Customer materially breaches or threatens the license relating to Software; (iv) Customer defaults under a material agreement with Assignee; or (v) Customer becomes insolvent or makes an assignment for the benefit of creditors, or a trustee or receiver is appointed for Customer or for a substantial part of its assets, or bankruptcy, reorganization or insolvency proceedings shall be instituted by or against Customer.

In the event of a Default that is not cured within thirty (30) days of its occurrence, OCC may: (i) require all outstanding Payment Amounts and other sums due and scheduled to become due (discounted at the lesser of the rate in the Contract or five percent (5%) per annum simple interest) to become immediately due and payable by Customer; (ii) pursue any rights provided under the Agreement, as well as termination of all of Customer's rights to use the System and related services, and Customer agrees to cease all use of the System; and (iii) pursue any other rights or remedies available at law or in equity. In the event OCC institutes any action for the enforcement of the collection of Payment Amounts, there shall be due from Customer, in addition to the amounts due above, all costs and expenses of such action, including reasonable attorney's fees. No failure or delay on the part of OCC to exercise any right or remedy hereunder shall operate as a waiver thereof, or as a waiver of any subsequent breach. All remedies are cumulative and not exclusive. Customer acknowledges that upon a default under the Contract, no party shall forfeit, lease, transfer or use any Software in mitigation of any damages resulting from Customer's Default.

**4. CUSTOMER'S REPRESENTATIONS AND COVENANTS:** Customer represents that throughout the term of the Contract, the Contract has been duly authorized and constitutes a legal, valid, binding and enforceable agreement of Customer. Any transfer or assignment of Customer's rights or obligations in the System, or under the Agreement or the Contract shall require OCC's and Assignee's prior written consent. A transfer shall include a change in majority ownership of Customer. Customer agrees to promptly execute any ancillary documents and take further actions as OCC or Assignee may reasonably request, including, but not limited to, assignment notifications, incumbency certificates, certificates of authorization, registrations, and filings. Customer agrees to provide copies of Customer's balance sheet, income statement, and other financial reports to OCC or Assignee as they reasonably request.

**5. MISCELLANEOUS:** The Contract shall contain the entire agreement between Customer and OCC regarding the subject matter herein and shall supersede any inconsistent terms set forth in the Order. Agreement or any related agreements. Customer purchase orders and all prior and existing understandings, if any, provisions of the Contract is invalid, such invalidity shall not affect the enforceability of the remaining terms of the Contract. Customer's obligations under the Contract shall continue on the effective date specified therein. Except for payment terms specified in the Contract, Customer remains responsible for all the obligations under each Agreement. Each Payment Schedule, and any changes to a Contract or any related document, shall take effect when executed by OCC. The Contract shall be governed by the laws of the State of California and shall be deemed executed in Redwood Shores, CA as of the Contract Effective Date.

PPA_US 10Feb06

**ORACLE**    ORDERING DOCUMENT

| | |
|---|---|
| Your Name | BankUnited, FSB |
| Your Location | 7815 NW 148th Street |
| | Miami Lakes, FL 33016 |

ORACLE CONTRACT INFORMATION

| | |
|---|---|
| Agreement | Oracle License and Services Agreement |
| Agreement Name | Oracle License and Services Agreement V011907 |

This ordering document incorporates by reference the terms of the Agreement specified above ("agreement").

A. PROGRAMS

You have ordered the program licenses and services described below for use in the U.S., unless otherwise specified.

All fees on this ordering document are in US Dollars.

License Summary

| Product Description / License Type | Quantity |
|---|---|
| Advanced Security - Processor | Up to 55 Processors |
| Business Intelligence Server Enterprise Edition - Processor | Up to 4 Processors |
| Business Process Analysis Suite - Named User Plus | Up to 4 Named Users |
| Change Management Pack - Processor | Up to 55 Processors |
| Configuration Management Pack - Processor | Up to 55 Processors |
| Configuration Management Pack for Internet Application Server - Processor | Up to 16 Processors |
| Database Vault - Processor | Up to 55 Processors |
| Diagnostics Pack - Processor | Up to 55 Processors |
| Diagnostics Pack for Internet Application Server - Processor | Up to 16 Processors |
| Internet Application Server Enterprise Edition - Processor | Up to 16 Processors |
| Label Security - Processor | Up to 55 Processors |
| Management Pack for SOA - Processor | Up to 55 Processors |
| Oracle Database Enterprise Edition - Processor | Up to 10 Processors |
| Oracle Enterprise Single Sign-On Suite - Named User Plus | Up to 1,600 Named Users |
| Partitioning - Processor | Up to 55 Processors |
| Real Application Clusters - Processor | Up to 54 Processors |
| SOA Suite for Oracle Middleware - Processor | Up to 10 Processors |
| Tuning Pack - Processor | Up to 55 Processors |
| Webcenter - Processor | Up to 4 Processors |

The programs above represent the Capped Deployment Program Licenses (defined in section C.1.a below) and are for use subject to the maximum numbers of Processors and Named User Plus (as specified by Quantity in the above table) for a three (3) year term subject to the fixing requirements and all other terms and conditions of this ordering document.

| | | Net Fee |
|---|---|---|
| License Fees | | *$1,252,800.00 |
| First Year Support Fees | | $275,616.00 |
| First Year Technical Support for Converted and Replaced Licenses | | $322,360.03 |
| Net Fees | | $1,855,776.03 |
| Total Fees | | $1,855,776.03 |

* The license fees listed above are inclusive of your credit in the amount of $532,400.00 from your order dated 28-FEB-2007. The existing technical support fees associated with such order are included in the "First Year Technical Support for Converted and Replaced Licenses" amount and are listed above.

3050573.BankUnited, FSB.Lesley.Turner

Issued by Oracle USA, Inc.,  5/18/2007
ODP Ordering Document. Page 1 of 11

**8. GENERAL TERMS**

**1. Customer Definition.**

Notwithstanding anything to the contrary in the agreement, for purposes of this ordering document, "you" and "your" shall be defined as the company listed at the head of this ordering document and you will be the only entity allowed to use the licenses acquired under this ordering document and listed above in section A. which include the Capped Deployment Program Licenses (as defined in section C.1 below). None of your majority or minority owned subsidiaries, or any entities created through a divestiture or reorganization of, or acquisition or merger by, your company, may use any of the licenses listed in section A above, including the Capped Deployment Program Licenses, except as provided for in section C.2 Acquisition or Merger, and section C.4. Divestiture, below.

**2. Technical Support.**

**a.** **General.** Technical support consists of annual technical support services you may have ordered. Fees for technical support are due and payable annually in advance. Technical support acquired under this ordering document shall be for a period of 12 months. Technical support is effective upon the effective date of this ordering document.

The technical support fees in Section A of this ordering document shall be reduced by the amount of unused technical support associated with the converted and replaced licenses ("credit for unused support"), provided the invoices for such technical support have been paid in full. The amount of unused technical support as of May 31, 2007 is $167,666.91 and represents an estimate of your credit for unused support. The credit for unused support is calculated based on the effective date of this ordering document and the actual reduction to the technical support fees is applied after the execution of this ordering document

Notwithstanding anything contrary in the agreement, technical support acquired with your order may be renewed annually and. If you renew technical support for the same number of licenses for the same programs, for the first renewal year and second renewal year the fee for technical support will not increase over the prior year's fee. If you renew technical support for the same number of licenses for the same programs, for the third and fourth renewal years the fee for technical support will not increase by more than two percent (2%) over the prior year's fee. For the purposes of determining the first renewal year, the amount of the prior year's fees shall be equal to $602,976.03.

**b.** **Total Support Stream.** For purposes of this ordering document, the "Total Support Stream" shall mean: (i) the technical support for the Capped Deployment Program Licenses specified in section A, (ii) the existing technical support for the Converted and Replaced Licenses as defined below, and (iii) technical support for any program licenses acquired under the terms of the Additional Licenses Section C.5.

**c.** **Converted and Replaced Licenses.**

(1) **General.** In connection with the Capped Deployment Right granted under this ordering document, all licenses of any versions or releases of the Capped Deployment Programs that were acquired by you prior to the effective date of this ordering document shall be converted and replaced as of the effective date of this ordering document (the "Converted and Replaced Licenses") The Converted and Replaced Licenses are specified on the attached Converted and Replaced Licenses Exhibit (Exhibit D). You will no longer have any right to use the Converted and Replaced Licenses, nor will you be permitted to reinstate the Converted and Replaced Licenses. You shall not be entitled to a credit or refund of license fees for the Converted and Replaced Licenses.

(2) **Omitted Restated Licenses.** The parties agree that they have worked in good faith to list on the Converted and Replaced Licenses Exhibit all licenses of any versions or releases of the Capped Deployment Programs that were acquired by you prior to the effective date of this ordering document. However, the parties acknowledge that some of such licenses may have been inadvertently omitted ("Omitted Licenses") from the Converted and Replaced Licenses Exhibit and that technical support fees associated with the Omitted Licenses were therefore excluded from the Total Support Stream. If at any time following the effective date of this ordering document either you or Oracle discovers any Omitted Licenses, then the parties agree that: (a) you will continue to pay all technical support fees due in connection with the Omitted Licenses during the Capped Deployment Period, and (b) the parties will amend this ordering document to add the Omitted Licenses to the Converted and Replaced Licenses Exhibit and to include the technical support fees associated with the Omitted Licenses in the Total Support Stream. You shall not be entitled to a refund or credit of any license and/or technical support fees as the result of any adjustment specified herein.

The CSI Numbers for the Converted and Replaced Licenses (as defined on Exhibit A Converted and Replaced Licenses) will be canceled upon the effective date of this ordering document. A new CSI Number will be assigned to the program licenses listed in section A.

4. **Technical Support Fees Due Under This Ordering Document.** The total annual technical support fees due under this ordering document specified in Section A above include the existing annual Technical Support fees for the Converted and Replaced Licenses as well as the incremental Technical Support fees due for the Capped Deployment Program Licenses.

3. **Miscellaneous.**

a. Oracle has made available to you for electronic download at the electronic delivery web site located at the following Internet URL: https://edelivery.oracle.com/example the programs listed in section A. Through the Internet URL, you can access and electronically download to your Florida location a current production release as of the effective date below of the software and related program documentation for each program listed in section A. You shall have sixty (60) days from the effective date of this ordering document to complete the download of the software and program documentation. Please be advised that not all programs are available on all hardware/operating system combinations. For current program availability, please check the electronic delivery web site. Oracle is under no further delivery obligation under this ordering document, electronic or otherwise. You agree to execute and return the attached Exhibit C, Certificate of Electronic Delivery, simultaneously with the execution and return of this ordering document. You are responsible for installation of the software. All fees due under this ordering document shall be non-cancelable and the sums paid nonrefundable except as otherwise specified in the agreement. Provided you continuously maintain the Total Support Stream, you may continue to download the software programs for the licensed programs under this ordering document at the electronic delivery web site and/or order CD packs through the Oracle Store at the standard CD pack price.

Should you require a replacement copy of the software or program documentation, such replacement copy shall also be delivered electronically. You shall not be entitled to any replacement copy in the form of tangible media for the software or the program documentation, other than updates provided by Oracle under technical support service if ordered.

You acknowledge and agree that (a) you have not received any tangible media for the programs listed in section A as of, the effective date and (b) any rights to receive media granted under the agreement shall not be applicable to or provided for the programs listed in section A. Further, you acknowledge that the electronic download delivery method shall be applicable to Oracle's delivery obligations for the initial copy of the programs listed in section A and shall not be applicable to any delivery of updates or technical support services ordered under this ordering document.

b. Provided that you comply with the delivery terms in section B.3.a, Oracle shall not invoice you for sales tax pursuant to Florida law based on the net license fees in section A for the programs delivered by electronic download; however, you agree to indemnify and hold Oracle harmless from and against any claims, losses, damages, costs, and expenses arising from imposition of sales tax based on the net license fees for the programs licenses listed in section A. Oracle shall invoice you and you are required to pay any applicable taxes related to the net support fees (specifically Software Update License & Support fees) for the ordered technical support services listed in section A.

c. In entering into payment obligations under this ordering document, you agree and acknowledge that you have not relied on the future availability of any program or updates. However, (a) if you order technical support for programs licensed under this ordering document, the preceding sentence does not relieve Oracle of its obligation to provide such technical support under this ordering document, if and when available, in accordance with Oracle's then current technical support policies, and (b) the preceding sentence does not change the rights granted to you for any program licensed under this ordering document, per the terms of this ordering document and the agreement.

## C. OTHER

1. **Capped Deployment Period.**

a. **General.** In consideration of the payment to Oracle of the license and technical support fees specified in section A, for three (3) years (or such earlier period as set forth below in this section C.1) from the effective date of this ordering document (the "Capped Deployment Period"), you will receive the right to install and use:

   (i) the Business Intelligence Server Enterprise Edition program, the Webcenter program on a quantity not to exceed 4 Processors;

   (ii) the Business Process Analysis Suite programs by a quantity not to exceed 4 Named User Plus;

   (iii) the SOA Suite for Oracle Middleware program, the Management Pack for SOA programs on a quantity not to exceed 10 Processors;

   (iv) the Internet Application Server Enterprise Edition program, the Configuration Management Pack for Internet Application Server program, the Diagnostics Pack for Internet Application Server program on a quantity not to exceed 16 Processors;

   (v) the Advanced Security program, the Change Management Pack program, the Configuration Management Pack program, the Diagnostics Pack program, the Label Security program, the Partitioning program, and the Tuning Pack program, the Database Vault program, the Oracle Database Enterprise Edition program on a quantity not to exceed 33 Processors;

   (vi) the Real Application Clusters program on a quantity not to exceed 50 processors;

   (vii) the Oracle Enterprise Single Sign-On Suite program by a quantity not to exceed 1,600 Named User Plus; (collectively, "Capped Deployment Program Licenses" or "Capped Deployment Right"), provided that (a) such Capped Deployment Program Licenses usage shall be in compliance with the terms of the agreement and this ordering document, and (b) you continuously maintain the Total Support Stream. If at any time during the Capped Deployment Period your actual usage exceeds the preceding quantities, you shall be required to acquire additional licenses and technical support in accordance with section C.5.

b. **Certification of Capped Deployment.** Ninety (90) days before the third anniversary of the effective date of this ordering document ("Certification Date"), you shall furnish Oracle with a certification signed by an officer of your company verifying the actual number of your processors on which the Business Intelligence Server Enterprise Edition program, the Business Process Analysis Suite program, the Webcenter program, the SOA Suite for Oracle Middleware program, the Internet Application Server Enterprise Edition program, the Configuration Management Pack for Internet Application Server program, the Diagnostics Pack for Internet Application Server program, the Management Pack for SOA program, the Oracle Database Enterprise Edition program, the Advanced Security program, the Change Management Pack program, the Configuration Management Pack program, the Diagnostics Pack program, the Label Security program, the Partitioning program, the Real Application Clusters program, the Tuning Pack program, the Database Vault program, are installed and running as of such Certification Date, (i)(such certified number up to the Quantity set forth in section A for each respective program, and the number of individual Named User Plus authorized by you to use the Oracle Enterprise Single Sign-On Suite program, up to the Quantity set forth in section A for each respective program, or (ii) the Business Intelligence Server Enterprise Edition program, on a quantity not less than 4 Processors, the Webcenter program and the Business Process Analysis Suite program on a quantity not less than 2 Processors; the SOA Suite for Oracle Middleware program, the Management Pack for SOA program on a quantity not less than 10 Processors; the Internet Application Server Enterprise Edition program, the Configuration Management Pack for Internet Application Server program, the Diagnostics Pack for Internet Application Server program on a quantity not less than 15 Processors; the Advanced Security program, the Change Management Pack program, the Configuration Management Pack program, the Diagnostics Pack program, the Label Security program, the Partitioning program, and the Tuning Pack program, the Database Vault program, the Oracle Database Enterprise Edition program, the Real Application Clusters program on a quantity not less than 44 Processors; the Oracle Enterprise Single Sign-On Suite program by a quantity not less than R21 Named User Plus, either the "Certified License Count") On the Certification Date, the Capped Deployment Period and the Capped Deployment Right shall terminate and the quantity of Capped Deployment Program Licenses acquired under this ordering document will be fixed equal to the Certified License Count.

c. **Breach of Capped Deployment Terms.** Upon the date that you fail to meet any of the conditions specified in clauses (a) – (b) of section C.1.a (the "Non-Compliance Date"), the Capped Deployment Period and the Capped Deployment Right shall immediately terminate and the Certification Date shall be accelerated to five (5) business days after the Non-Compliance Date ("Accelerated Certification Date"), provided that Oracle has provided written notice to you and you have been given thirty (30) days to cure such failure, and you shall follow the certification process set forth in section C.1.b above. For the purposes of certification under this section C.1.c, the term "Certification Date" as used in section C.1.b shall mean the Accelerated Certification Date. On the Accelerated Certification Date, the Capped Deployment Period and the Capped Deployment Right shall terminate and the quantity of Capped Deployment Program Licenses acquired under this ordering document will be fixed equal to the Certified License Count. If your non-compliance is due to failure to maintain the Total Support Stream, your use of the program licenses and

3030573.BankUnited, FBB.Lesky, Turner

Issued by Oracle USA, Inc., 5/18/2009

CDP Ordering Document, Page 4 of 11

desupported licenses after the Non-Compliance Date will be subject to the technical support pricing and policies in effect on the Non-Compliance Date.

d. **Expiration or Termination of Capped Deployment Period.** Following the expiration or termination of the Capped Deployment Period, your use of the Processor and Named User Plus program licenses acquired under this ordering document will be in accordance with the agreement and this ordering document. If at any time after the expiration or termination of the Capped Deployment Period your usage of the Capped Deployment Program Licenses exceeds the Certified License Count, you must acquire additional program licenses and technical support from Oracle for such use. If after the expiration or termination of the Capped Deployment Period your licensing needs decrease below the Certified License Count, you shall not be entitled to a refund or credit of any fees paid under this ordering document.

Notwithstanding anything in the preceding paragraph, Oracle agrees to negotiate in good faith the pricing and terms for an extension of the Capped Deployment Right.

2. **Acquisition or Merger.**

If, during the Capped Deployment Period only, you acquire, by merger or acquisition, more than fifty percent (50%) of the voting stock and/or assets of another entity (each, an "Acquired Entity" or collectively, the "Acquired Entities"), then you will provide to Oracle a written certification, signed by an chief level executive officer of your company, within thirty (30) days of such acquisition or merger, attesting as to (i) the amount of additional revenue resulting from such acquisition or merger, and (ii) the quantities of any existing program licenses possessed by such Acquired Entity as of its acquisition or closure date of the kind (regardless of the license type or version) included in the Capped Deployment Program Licenses (collectively, the "Existing Program Licenses"). If the Acquired Entity was a publicly traded company prior to the merger or acquisition, the certification described above regarding the revenue shall be based on the Acquired Entity's most recent Annual Report prior to such acquisition. For purposes of this section C.2, the "Base Revenue" is defined as your revenue as of the effective date of this ordering document.

If such acquisition or merger results in an increase in your revenue of less than ten percent (10%) over the Base Revenue, then you may request that such Acquired Entity be added to the Capped Deployment Right described in this ordering document for no additional charge, and Oracle shall not unreasonably deny any such addition(s) to this ordering document, provided that (i) you continuously maintain the Total Support Stream for all of your licenses for the programs specified in section A of this ordering document, and (ii) you continuously maintain technical support for all of the Existing Program Licenses. So long as the cumulative increase (due to such mergers and/or acquisitions as described in this section C.2) in your revenue is less than ten percent (10%) of the Base Revenue, you may continue to make such requests as described in the previous sentence, and Oracle shall not unreasonably deny such requests. You understand and agree that once the cumulative increase (due to such mergers and/or acquisitions as described in this section C.2) in your revenue has reached ten percent (10%) of the Base Revenue, then no additional Acquired Entities may be added to the Capped Deployment Right (each such Acquired Entity, an "Excluded Entity"), and the Excluded Entity shall have no right to use any of the program licenses acquired under this ordering document and shall not be included in the Capped Deployment Right. The Excluded Entity may separately acquire program licenses and technical support from Oracle for use by such Excluded Entity in accordance with Oracle's then current prices and policies. If an Excluded Entity owns any Existing Program Licenses, then such Excluded Entity must maintain technical support for those Existing Program Licenses.

3. **Upon Your Acquisition.**

Except as provided for in the fourth paragraph of this section C.3, if you are acquired during the Capped Deployment Period, the Capped Deployment Period and the Capped Deployment Right shall terminate upon the acquisition closure date, the Certification Date shall be accelerated to thirty (30) business days after the acquisition closure date (the "Accelerated Certification Date"), and you and Oracle shall follow the certification process set forth in section C.1.b above. As of the acquisition closure date, your quantity of licenses for the programs designated with an asterisk ("*") in section A above will be fixed and limited as set forth in such section C.1.b.

The acquiring entity ("Customer Parent") shall have no rights to the Capped Deployment Right granted under this ordering document. If Customer Parent wishes to use the Oracle programs acquired pursuant to the certification process set forth in section D.1.b above, then, provided you have continuously maintained the Total Support Stream, Oracle and Customer Parent will negotiate in good faith an assignment of such program licenses to Customer Parent. Further, Customer Parent and Oracle will negotiate in good faith to determine any needed quantities of additional program licenses and the associated fees.

3050573.StarkUnited, t-SB.Lesley.Turner

MAY 29 2009 11:41 FR LEASE ADMINISTRATION 3129748370 TO 7044090619     P.14

Neither you nor Customer Parent shall be entitled to any credit or refund as a result of such early termination of the Capped Deployment Period. You shall continue to maintain the Total Support Stream and Customer Parent shall continue to maintain technical support for Customer Parent's existing Oracle licenses.

If, however, Customer Parent continues to operate you as legal entity separate from Customer Parent and your employees are not merged into the general employee population of Customer Parent, then the Capped Deployment Period shall not terminate early as set forth above in this section D.3; however, neither Customer Parent nor any of Customer Parent's other subsidiaries, business units, or divisions shall have any rights to use nor shall they be permitted to use the Capped Deployment Programs. Upon the date that either (i) you are no longer operated as a legal entity separate from Customer Parent, (ii) the software and servers of Customer Parent do not remain separate from your software and servers, (iii) the employees of Customer Parent need to access or use the Capped Deployment Programs, or (iv) your employees are merged into the general employee population of Customer Parent, then the terms of the first three paragraphs of this section C.3 shall apply.

4.   Divestiture.

If another company is created through a divestiture or reorganization of your business ("Divested Entity") such Divested Entity may use a portion of the Capped Deployment Program Licenses provided under this ordering document during the Capped Deployment Period for up to six (6) months, except as set forth below ("Divestiture Period") upon written notice to Oracle provided that, (a) the Divested Entity is not a competitor of Oracle, (b) the Divested Entity agrees in writing to the terms and conditions of the agreement and this ordering document, (c) you agree to be responsible for the Divested Entity's compliance with the terms of the agreement and this ordering document during the Divestiture Period (the Divestiture Period shall not extend beyond the Capped Deployment Period (i.e., the Divestiture Period shall terminate at the end of the Capped Deployment Period). During the Divestiture Period, the Divested Entity may use the programs for either their business operations or your business operations. At the end of the Divestiture Period, the Divested Entity shall have no rights under this ordering document. If the Divested Entity wishes to continue its use of the Capped Deployment Program Licenses beyond the Divestiture Period, the Divested Entity must acquire licenses and technical support for the same (in accordance with Oracle's then current prices and policies) pursuant to a mutually agreeable license agreement and ordering document with Oracle, which will govern its use of the programs.

5.   Additional Licenses.

a.   For a period of three (3) years and six (6) months from the effective date of this ordering document, you may acquire the programs specified in attached Exhibit B, Price Hold Exhibit, provided such programs are available in production release when ordered and provided that you have continuously maintained technical support for the programs licensed under this ordering document, by paying Oracle the designated license fees. You may also acquire first year Software Update License & Support for such programs by paying Oracle the appropriate fees specified in the attached Exhibit B. Upon your exercise of this option, where shipment is required, Oracle shall deliver one (1) copy of the software media and one (1) set of documentation (in the form generally available). Any relevant purchase minimum will apply to orders placed under this section.

b.   Each order placed pursuant to this section will specify Oracle's delivery obligation. For any program listed in section A, Oracle has either no delivery obligation or the programs will be delivered via electronic download. For any program not listed in section A and that order specifies delivery, the programs will be delivered via electronic download or if electronic download is not possible or otherwise agreed to the parties, tangible media will be delivered. Whenever the delivery of tangible media is required, you will be invoiced for the applicable media and the shipping charges; shipping terms will be FCA: Shipping Point, Pre-paid and Add.

6.   Customer Reference.

Oracle may orally refer to you as a customer in sales presentations and activities. Upon written consent from you, Oracle may refer to you as a customer in written sales presentations and marketing vehicles.

7.   Order of Precedence.

In the event of any inconsistencies between this ordering document and the terms and conditions (the agreement), this ordering document shall supercede.

8.   Assignment.

3050373.BankUnited, FSB.Lesley.Turner

Issued by Oracle USA, Inc., 3/18/2007)
CDP Ordering Document, Page 6 of 11

Upon advance written notice to Oracle and provided that you have continuously maintained technical support, you may assign your rights under this ordering document to an entity that is either (a) acquiring all or substantially all of your assets and assuming all liabilities related to such assets or (b) acquiring the division, business unit or operation of yours which uses Oracle software programs and assuming the liabilities of such division, business unit or operation. Additionally, the assignee must agree in writing to the terms and conditions of this ordering document and the agreement.

9.  Consulting Services.

In consideration for the license payment to Oracle specified in section A, you are entitled to receive 60 total days of standard time and materials Oracle Consulting Services performed in the United States by one Senior Principal level Oracle consultant for a period of 12 months from the effective date of this ordering document. Any days not used before the expiration of the one-year period shall be forfeited and void. For purposes of this paragraph, a 'day' shall mean eight hours during normal business hours, Monday through Friday. The services provided by such consultant shall be used solely for obtaining assistance with your implementation of the programs in section A and may not be used toward any development of products or pre-defined deliverables, or customization of Oracle programs.

10.  Learning Credits.

In consideration for the license payment to Oracle specified in this ordering document within 30 days of the effective date, you shall receive a Learning Credit which is valid for one year from the effective date of this ordering document. The value of this Learning Credit is $25,000.00. For purposes of this section, the discount applied to the Learning Credit is 15%. The Learning Credit may be used to acquire education products (excluding Oracle Tutor, Oracle iLearning and Oracle iLearning Subscription) and services at the list price and under the terms specified in the Oracle University online catalogue posted at www.oracle.com/education, at the time such products or services are ordered. Any Learning Credit remaining at the end of the one year shall be forfeited. A Learning Credit may only be used in the country where it was acquired. You may be required to execute standard Oracle ordering materials when using a Learning Credit to order education products or services.

| Technical Contact | | Contract Administrator | |
|---|---|---|---|
| Location | BankUnited, FSB | Location | BankUnited, FSB |
| | 7815 NW 148th Street | | 7815 NW 148th Street |
| | Miami Lakes, FL 33016 | | Miami Lakes, FL 33016 |
| Contact | | Contact | |
| Phone | Eddie Buitrago | Phone | Art Peffer |
| Email Address | 305-231.6459 | Email Address | 305-698.4219 |
| | ebuitrago@bankunited.com | | apeffer@bankunited.com |

This quote is valid through May 31, 2007 and shall become binding upon execution by you and acceptance by Oracle.

| BankUnited, FSB | ORACLE USA, INC. |
|---|---|
| Signature | Signature |
| Name  Lewis Busanyer | Name |
| Title  EVP | Title |
| Signature Date  5/22/07 | Signature Date |
| Effective Date  _____ (to be completed by Oracle) | |

3050573.BankUnited, FSB.Lesley.Turntz

Issued by Oracle USA, Inc., 3/18/2007
CDP Ordering Document, Page 7 of 8

**ORACLE**

Enabling the Information Age™

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2176750 |
|---|---|
| INVOICE DATE | 31-May-2007 |
| YOUR P.O. NUMBER | OFD22608 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 30-Jun-2007 |

**BILL TO:**
BankUnited, FSB
Robbie Mitchell
c/o OFD
500 Oracle Parkway
MS-OPL1
REDWOOD SHORES, CA 94065
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2176750 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle USA, Inc<br>PO BOX 44471<br>SAN FRANCISCO CA<br>94144-4471 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA   121000248<br>ACCT 4522-020841 |

CREDIT CARD PAYMENTS: Contact Collections

**SHIP TO:**
BankUnited, FSB
Eddie Buitrago
7815 NW 148th Street
MIAMI LAKES, FL 33016
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Nicholson, Mr Keith | 8180906 | Robbie Mitchell | BankUnited, FSB |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Advanced Security - Processor-License | 55 | Y | 66,000.00 |
| 2 | Real Application Clusters - Processor-License | 54 | Y | 184,000.00 |
| 3 | Internet Application Server Enterprise Edition - Processor-License | 16 | Y | 36,000.00 |
| 4 | Management Pack for SOA - Processor-License | 10 | Y | 20,000.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 1,252,800.00 | 76,102.00 | 0.00 | 1,328,902.00 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | |
| | Outstanding Balance as of 07-Jun-2007 | | | |

**ORACLE**

Enabling the Information Age™

**INVOICE**

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2176750 |
|---|---|
| INVOICE DATE | 31-May-2007 |
| YOUR P.O. NUMBER | OFD22608 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 30-Jun-2007 |

| | | | | |
|---|---|---|---|---|
| 5 | Business Process Analysis Suite - Named User Plus-License | 4 | Y | 8,000.00 |
| 6 | SOA Suite for Oracle Middleware - Processor-License | 10 | Y | 60,000.00 |
| 7 | Oracle Database Enterprise Edition - Processor-License | 55 | Y | 200,000.00 |
| 8 | Oracle Enterprise Single Sign-On Suite - Named User Plus-License | 1600 | Y | 19,200.00 |
| 9 | Partitioning - Processor-License | 55 | Y | 66,000.00 |
| 11 | Diagnostics Pack - Processor-License | 55 | Y | 19,800.00 |
| 12 | Diagnostics Pack for Internet Application Server - Processor-License | 16 | Y | 4,800.00 |
| 13 | Change Management Pack - Processor-License | 55 | Y | 19,800.00 |
| 14 | Configuration Management Pack - Processor-License | 55 | Y | 19,800.00 |
| 15 | Configuration Management Pack for Internet Application Server - Processor-License | 16 | Y | 3,600.00 |
| 17 | Business Intelligence Server Enterprise Edition - Processor-License | 4 | Y | 180,000.00 |
| 18 | Tuning Pack - Processor-License | 55 | Y | 19,800.00 |
| 19 | WebCenter - Processor-License | 4 | Y | 40,000.00 |
| 10 | Database Vault - Processor Perpetual | 55 | Y | 220,000.00 |
| 16 | Label Security - Processor Perpetual | 55 | Y | 66,000.00 |

SPECIAL INSTRUCTIONS:

| SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|
| 1,252,800.00 | 76,102.00 | 0.00 | 1,328,902.00 |
| Less payments | | | 0.00 |
| Credits/Adjustments | | | |
| Outstanding Balance as of 07-Jun-2007 | | | |

**ORACLE**

Enabling the Information Age™

## INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2176751 |
|---|---|
| INVOICE DATE | 31-May-2007 |
| YOUR P.O. NUMBER | OFD22608 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 30-Jun-2007 |

**BILL TO :**
BankUnited, FSB
Robbie Mitchell
c/o OFD
500 Oracle Parkway
MS-OPL1
REDWOOD SHORES, CA 94065
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2176751 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:   Oracle USA, Inc.
PO BOX 44471
SAN FRANCISCO CA
94144-4471

WIRE TRANSFERS TO:   WELLS FARGO BANK
ABA   121000248
ACCT  4522-020841

CREDIT CARD PAYMENTS: Contact Collections

**SHIP TO :**
BankUnited, FSB
Eddie Buitrago
7815 NW 148th Street
MIAMI LAKES, FL 33016
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Nicholson, Mr Keith | 8180906 | Robbie Mitchell | BankUnited, FSB |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Advanced Security - Processor-Support | 55 | Y | 22,572.80 |
| 2 | Real Application Clusters - Processor-Support | 54 | Y | 48,386.40 |
| 3 | Management Pack for SOA - Processor-Support | 10 | Y | 5,864.15 |
| 4 | Configuration Management Pack for Internet Application Server - Processor-Support | 16 | Y | 3,134.64 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 429,027.25 | 26,430.42 | 0.00 | 455,457.67 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 07-Jun-2007 | | | 455,457.67 |

# ORACLE

Enabling the Information Age™

## INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2176751 |
|---|---|
| INVOICE DATE | 31-May-2007 |
| YOUR P.O. NUMBER | OFD22608 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 30-Jun-2007 |

| | | | | |
|---|---|---|---|---|
| 5 | Oracle Database Enterprise Edition - Processor-Support | 55 | Y | 52,052.82 |
| 7 | Configuration Management Pack - Processor-Support | 55 | Y | 12,408.82 |
| 8 | Business Process Analysis Suite - Named User Plus-Support | 4 | Y | 2,345.66 |
| 9 | SOA Suite for Oracle Middleware - Processor-Support | 10 | Y | 14,664.15 |
| 10 | WebCenter - Processor-Support | 4 | Y | 9,385.66 |
| 12 | Partitioning - Processor-Support | 55 | Y | 22,572.82 |
| 14 | Diagnostics Pack - Processor-Support | 55 | Y | 12,408.82 |
| 15 | Diagnostics Pack for Internet Application Server - Processor-Support | 16 | Y | 3,398.64 |
| 16 | Internet Application Server Enterprise Edition - Processor-Support | 16 | Y | 10,262.64 |
| 19 | Oracle Enterprise Single Sign-On Suite - Named User Plus-Support | 1600 | Y | 238,487.81 |
| 21 | Tuning Pack - Processor-Support | 55 | Y | 12,408.82 |
| 22 | Business Intelligence Server Enterprise Edition - Processor-Support | 4 | Y | 40,185.66 |
| 23 | Change Management Pack - Processor-Support | 55 | Y | 12,408.82 |
| | Discount for unused Support | 1 | Y | <172,947.52> |
| 6 | Software Update License & Support - 1 Database Vault - Processor Perpetual  28-MAY-07 - 27-MAY-08 | 55 | Y | 56,452.82 |

| SPECIAL INSTRUCTIONS: | | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|---|
| | | 429,027.25 | 26,430.42 | 0.00 | 455,457.67 |
| | | Less payments | | | 0.00 |
| | | Credits/Adjustments | | | 0.00 |
| | | Outstanding Balance as of 07-Jun-2007 | | | 455,457.67 |

**ORACLE**

Enabling the Information Age™

Page 5 of 5

## INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2176751 |
|---|---|
| INVOICE DATE | 31-May-2007 |
| YOUR P.O. NUMBER | OFD22608 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 30-Jun-2007 |

| 17 | Software Update License & Support - 1 Label Security - Processor Perpetual- 28-MAY-07 - 27-MAY-08 | 55 | Y | 22,572.82 |
|---|---|---|---|---|

SPECIAL INSTRUCTIONS:

| SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|
| 429,027.25 | 26,430.42 | 0.00 | 455,457.67 |
| Less payments | | | 0.00 |
| Credits/Adjustments | | | 0.00 |
| Outstanding Balance as of 07-Jun-2007 | | | 455,457.67 |

# Exhibit "B"

MAY 29 2009 11:43 FR LEASE ADMINISTRATION 3129748370 TO 17044090619      P.21

**ORACLE**
FINANCING

500 Oracle Parkway
MS LGN-1
Redwood Shores,
CA 94065

phone: 650 506 2020
fax: 650 633 0804

### NOTIFICATION OF ASSIGNMENT LETTER

June 29, 2007

Eddie Burrago
BankUnited FSB
7815 NW 148th Street
Miami Lakes, FL 33015

Dear Mr. Burrago:

This letter serves as Notification of Assignment of payments and rights under subject Contract to Banc of America Leasing & Capital, LLC ("Assignee").

Contract: Payment Schedule No. 22608, dated 25 May 2007 to Payment Plan Agreement # 4780.

Assigned Payments: Your Payment Amounts, and applicable Taxes added pursuant to the Contract, have been assigned. Sales Tax in the amount of $96,792.91, per Supplier invoice(s) # 2176760, 2176751, and Sales Tax in the amount of $84,416.64 representing 7.00% Sales Tax on your future support, have been added to your System Price. Your payments have been increased proportionately to reflect the Sales Tax amount financed. Please contact Oracle Corp directly with any questions regarding Taxes at 1-888-803-7414.

Assigned Rights: Rights to enforce remedies under the Contract have been assigned, giving Assignee the independent right to exercise its rights under the Contract.

Payment Remittance Information: All Assigned Payments should be remitted to the address below.[1] You will be invoiced shortly by Assignee.

Wire Remittance To:   Mellon Bank      Mail check remittance to:   Banc of America Leasing & Capital, LLC
                                                                   P.O. Box 371992
                      3 Mellon Bank Center                         Pittsburgh, PA 15250-7992
                      Pittsburgh, PA 15259
                      ABA 043000261
                      Account #: 0209576

Rights: Except as specified under the Contract, Customer's rights and remedies against Supplier under the software license and services agreement ("Agreement") shall not be affected. Assignee assumes none of Supplier's obligations under the Agreement. Any questions surrounding the software or services should continue to be directed to your sales representative.

Instructions:

- Notify your Accounts Payable department by forwarding a copy of this letter
- Fax specific billing instructions and any additional invoicing requirements (e.g. reference i.e. P.O. #) to the Assignee at 312-974-7182, Attn: Linda Watson
- Contact the Assignee with any questions regarding invoicing of the Contract at 312-828-4495

Please contact me if you have any questions regarding this Assignment at 650-506-2951.

Sincerely,

Robbie Mitchell
Contracts Specialist

[1] Assigned Payments that are remitted to a party other than Assignee may not be forwarded or may not be forwarded in a timely manner to Assignee. Customer shall be solely responsible for all resulting late fees."

Notif of Assignmt_US 05May00i

MAY 29 2009 11:38 FR LEASE ADMINISTRATION 3129748370 TO 17044090619        P.06

ORACLE·
FINANCING

500 Oracle Parkway        phone: 650 506 2020
MS LGN-1                  fax: 650 633 0804
Redwood Shores,
CA 94065

June 29, 2007

Eddie Buitrago
BankUnited FSB
7815 NW 148th Street
Miami Lakes, FL 33016

Re: Payment Schedule No. 22606, dated 25 May 2007 ("Payment Schedule") to Payment Plan Agreement # 4790 ("PPA").

Dear Mr. Buitrago:

Enclosed is a copy of the Payment Schedule and PPA. This letter confirms the amount of Support due under the Payment Schedule.

You were issued a credit for unused support in the amount of $173,948.75. This credit has been applied to your first year Support under your current financed transaction. This will reduce your total Support from $1,808,928.00 to $1,634,979.25. Consequently, your new Payment Amounts are as follows:

| Payment Amount (Pre Tax) | Due Dates |
|---|---|
| $ 226,049.00 | 01-Jul-2007 |
| $ 400,000.00 | 01-Oct-2007 |
| $ 226,173.00 | 01-Jan-2008 |
| $ 226,173.00 | 01-Apr-2008 |
| $ 226,173.00 | 01-Jul-2008 |
| $ 226,173.00 | 01-Oct-2008 |
| $ 226,173.00 | 01-Jan-2009 |
| $ 226,173.00 | 01-Apr-2009 |
| $ 226,173.00 | 01-Jul-2009 |
| $ 226,173.00 | 01-Oct-2009 |
| $ 226,173.00 | 01-Jan-2010 |
| $ 226,173.00 | 01-Apr-2010 |

The Due Dates of your Payment Amounts have not changed.

You may contact me with any questions regarding this clarification at 650-506-2951 or at the following address: Oracle Corporation, 500 Oracle Parkway MS LGN-1, Redwood Shores, CA 94065.

Sincerely,

Robbie Mitchell
Contracts Specialist

Enclosures

# Exhibit "D"

**Federal Deposit Insurance Corporation as Receiver for:**
**10061 – BankUnited, FSB, Coral Gables, FL**

## PROOF OF CLAIM

SSN/Tax ID # (1) _52-2185192 (Banc of America Leasing & Capital, LLC)_
_94-3079414 (Oracle Credit Corporation)_

The undersigned, (2) _William J. Burkhardt_
(Name of person making the claim)

says that the _____ _BankUnited FSB_ _____ now in liquidation is

justly indebted to (3) _Banc of America Leasing & Capital, LLC and_
_Oracle Credit Corporation_
(Individual/Joint/Corporation/Partnership/Firm/Agency) in the sum of

(4) _$961,461.88 (including taxes)_
_____ Dollars upon the following Claim:

| | Description of (Invoice) claim: | | |
|---|---|---|---|
| C | (5) Claimants financed BankUnited's acquisition | **Liability Number** | **Amount of Claim** |
| L | of Oracle software and services under | | |
| A | Payment Schedule No. 22608 (the "PS") to | | |
| I | Payment Plan Agreement No. 4790 (copies | FDIC will complete | |
| M | attached). There are four quarterly | | |
| S | payments remaining under the PS. | | |
| | | **Total Claim:(6)** | **$961,461.88** |

The undersigned further states that he/she makes this claim on behalf of

(7) _Banc of America Leasing & Capital, LLC and Oracle Credit Corporation_ ,

that no part of said debt has been paid, that

(8) _neither Oracle Credit Corporation nor Banc of America Leasing & Capital, LLC_
(Individual/Joint/Corporation/Partnership/Firm/Agency)

has given NX endorsement or assignment of the same or any part thereof, and that there is no set-off or

counterclaim, or other legal or equitable defense to said claim or any part thereof.

NAME (9) _____     _Vice President_
(Signature of Person making the Claim)              (Title)

FIRM     _Banc of America Leasing & Capital, LLC_
(if applicable)

ADDRESS (10)  _231 S. LaSalle St., 8th Floor_

CITY/STATE/ZIP _Chicago, IL 60604_

TELEPHONE NUMBER   _(312) 828-7544_

The penalty for knowingly making or inviting reliance of any false, forged, or counterfeit statement, document, or thing for the purpose of influencing in any way the action of the Federal Deposit Insurance Corporation is a fine of not more than $1,000,000 or imprisonment for not more than thirty years, or both (18 U.S.C. Section 007).

*Except for the assignment in 2007 of certain payments from Oracle Credit Corporation to Banc of America Leasing & Capital, LLC.

RLS7214

**Federal Deposit Insurance Corporation as Receiver for:**
**10061 -- -- BankUnited, FSB, Coral Gables, FL**

### ADDENDUM TO PROOF OF CLAIM

Please forward all correspondence regarding this matter and this Proof of Claim to counsel for Banc of America Leasing & Capital, LLC, Cohen & Bobotas, at the following address:

Cohen & Bobotas
1111 Brickell Avenue
Suite 2920
Miami, Florida 33131
Attn: Lewis R. Cohen, Esq.

Respectfully Submitted,

COHEN & BOBOTAS
1111 Brickell Avenue, Suite 2920
Miami, Florida 33131
305- 371-8177
305-358-0638

By: _____

MICHELLE A. MCCLASKEY
Fla. Bar No.: 017717

**ORACLE** | Credit Corporation

Page 1 of 1

ASSIGNEE'S ORIGINAL      **Payment Schedule**

No. 28608

| | |
|---|---|
| Customer: | BankUnited FSB |
| Address: | 7815 NW 148th St |
| | Miami Lakes  FL  33014 |
| Contact: | |
| Phone: | |
| Order: | 5050573  Invoice dated 18-MAY-07 |
| Agreement: | V011907  dated |
| PPA No: | 4770  dated 18-MAY-06 |

Executed by Customer (authorized signature):
By:
Name:
Title:

Executed by Oracle Credit Corporation:
By:
Name:
Title:

Payment Schedule Effective Date  25 May 07

**System:**

| | | |
|---|---|---|
| Software: | $1,952,800.00 | |
| Support: | $1,808,928.00  3 Year(s) | |
| Consulting: | $0.00 | |
| Education: | $0.00 | |
| Other: | $0.00 | |
| System Price: | $3,061,728.00 | |

Payment Schedule:

| Payment Amount | | Due Date |
|---|---|---|
| 2 @ | $400,000 | 01-JUL-07, 01-OCT-07 |
| 10 @ | $226,173 | 01-JAN-08, 01-APR-08, 01-JUL-08, 01-OCT-08, 01-JAN-09, 01-APR-09, 01-JUL-09, 01-OCT-09, 01-JAN-10, 01-APR-10 |

**Transaction Specific Terms:**

For this Contract, the rate used in PPA Section 3, Paragraph 2, Subsection (i) shall be the lesser of the rate in the Contract or 3%. Future increases in support fees, if any, are not included in the System Price or Payment Amounts. Such increases shall be due separately to the applicable Supplier from Customer.

**Optional [ ]** (if this box is checked):
The Customer has ordered the System from an alliance member/agent of Oracle Corporation or one of its affiliates, whose name and address are specified below. Customer shall provide OCC with a copy of such Order. The System shall be directly licensed or provided by the Supplier specified in the applicable Order and Agreement, each of which shall be considered a separate contract. Customer has entered into its Order and Agreement based upon its own judgment, and expressly disclaims any reliance upon statements made by OCC about the System, if any. Customer's rights with respect to the System are as set forth in the applicable Order and Agreement and Customer shall have no right to make any claims under such Order and Agreement against OCC or its Assignee. Neither Supplier nor any alliance member/agent is authorized to waive or alter any term or condition of this Contract. If within ten days of the Payment Schedule Effective Date, OCC is provided with Customer invoices for the System specifying applicable Taxes, then OCC may add the applicable Taxes in accordance with this Contract.

Alliance Member/Agent:
Address:
Contact:                                                    Phone

This Payment Schedule is entered into by Customer and Oracle Credit Corporation ("OCC") for the acquisition of the System from Oracle Corporation, an affiliate of Oracle Corporation, an alliance member/agent of Oracle Corporation or any other party providing any portion of the System ("Supplier"). This Payment Schedule incorporates by reference the terms and conditions of the above-referenced Payment Plan Agreement ("PPA") to create a separate Contract ("Contract").

**A. PAYMENT:** This Contract shall replace Customer's payment obligation under the Order and Agreement to Supplier, to the extent of the System Price listed above, upon Customer's delivery of a fully executed Order, Agreement, PPA, Payment Schedule, and any other documentation required by OCC, and execution of the Contract by OCC. Customer agrees that OCC may add the applicable Taxes due on the System Price to each Payment Amount based on the applicable tax rate invoiced by Supplier at shipment. OCC may adjust subsequent Payment Amounts to reflect any change or correction in Taxes due. If the System Price includes support fees for a support period that begins after the first support period, such future support fees and the then relevant Taxes will be paid to Supplier as invoiced in the applicable period from the Payment Amounts received in that period. The balance of each

Payment Amount, unless otherwise stated, includes a proportional amount of the remaining components of the System Price excluding such future support fees, if any.

**B. SYSTEM:** Software shall be accepted, and the services shall be deemed ordered, pursuant to the terms of the Agreement. Customer agrees that any software acquired from Supplier to replace any part of the System shall be subject to the terms of the Contract. Any claims related to the performance of any component of the System shall be made pursuant to the Order and Agreement. Neither OCC nor Assignee shall be responsible to Customer for any claim or liability pertaining to any performance, actions, warranties or statements of Supplier.

**C. ADMINISTRATIVE:** Customer agrees that OCC or its Assignee may treat executed faxes or photocopies delivered to OCC as original documents; however, Customer agrees to deliver original signed documents if requested. Customer agrees that OCC may insert the appropriate administrative information to complete this form. OCC will provide a copy of the final Contract upon request.

PS_US 07 Jan 05

MAY 29 2009 11:39 FR LEAS* ADMINISTRATION 3129748370 TO 17044090619     P.08

# ORACLE | Credit Corporation

**Payment Plan Agreement**

Customer: _____

Address: _____

Phone: _____

PPS #: _____

Effective Date: _____



Executed by Customer (authorized signature)
By: _____
Name: _____
Title: SVP
Accepted by Oracle Credit Corporation
By: _____
Name: _____
Title: _____

*The remaining body text of this Payment Plan Agreement, including sections 1. PAYMENT SCHEDULES, 2. ASSIGNMENT, 3. DEFAULT; REMEDIES, 4. CUSTOMER'S REPRESENTATIONS AND COVENANTS, and 5. MISCELLANEOUS, is illegible in this fax image.*

PPA_US 19Feb05

MAY 29 2009 11:38 FR LEASE ADMINISTRATION 3129748370 TO '7044090619    P.06

**ORACLE'**

FINANCING

500 Oracle Parkway      phone: 650 506 2020
MS LGN-1                fax 650 633 0604
Redwood Shores,
CA 94065

June 29, 2007

Eddie Sulrago
BankUnited FSB
7815 NW 148th Street
Miami Lakes, FL 33016

Re: Payment Schedule No. 22608, dated 23 May 2007 (" Payment Schedule") to Payment Plan Agreement # 4780 ("PPA").

Dear Mr. Sulrago,

Enclosed is a copy of the Payment Schedule and PPA. This letter confirms the amount of Support due under the Payment Schedule.

You were issued a credit for unused support in the amount of $173,948.75. This credit has been applied to your first year Support under your current financed transaction. This will reduce your total Support from $1,808,928.00 to $1,834,979.25. Consequently, your new Payment Amounts are as follows:

| Payment Amount (Pre Tax) | Due Dates |
|---|---|
| $ 226,049.00 | 01-Jul-2007 |
| $ 400,000.00 | 01-Oct-2007 |
| $ 226,173.00 | 01-Jan-2008 |
| $ 226,173.00 | 01-Apr-2008 |
| $ 226,173.00 | 01-Jul-2008 |
| $ 226,173.00 | 01-Oct-2008 |
| $ 226,173.00 | 01-Jan-2009 |
| $ 226,173.00 | 01-Apr-2009 |
| $ 226,173.00 | 01-Jul-2009 |
| $ 226,173.00 | 01-Oct-2009 |
| $ 226,173.00 | 01-Jan-2010 |
| $ 226,173.00 | 01-Apr-2010 |

The Due Dates of your Payment Amounts have not changed

You may contact me with any questions regarding this clarification at 650-506-2951 or at the following address: Oracle Corporation, 500 Oracle Parkway MS LGN-1, Redwood Shores, CA 94065.

Sincerely,

Robbie Mitchell
Contracts Specialist

Enclosures

MAY 29 2009 11:43 FR LEASE ADMINISTRATION 3129748370 TO ~17044090619    P.21

ORACLE
FINANCING

600 Oracle Parkway
MS LGN-1
Redwood Shores,
CA 84065

phone: 650 506 2020
fax: 650 633 0804

NOTIFICATION OF ASSIGNMENT LETTER

June 29, 2007

Eddie Burrago
BankUnited FSB
7815 NW 148th Street
Miami Lakes, FL 33016

Dear Mr. Burrago:

This letter serves as Notification of Assignment of payments and rights under subject Contract to Banc of America Leasing & Capital, LLC ("Assignee").

Contract: Payment Schedule No. 22600 , dated 25 May 2007 to Payment Plan Agreement # 4790.

Assigned Payments: Your Payment Amounts, and applicable Taxes added pursuant to the Contract, have been assigned. Sales Tax in the amount of $96,792.91, per Supplier invoice(s) # 2176760, 2176761, and Sales Tax in the amount of $84,416.64 representing 7.00% Sales Tax on your future support, have been added to your System Price. Your payments have been increased proportionately to reflect the Sales Tax amount financed. Please contact Oracle Corp directly with any questions regarding Taxes at 1-888-903-7414.

Assigned Rights: Rights to enforce remedies under the Contract have been assigned, giving Assignee the independent right to exercise its rights under the Contract.

Payment Remittance Information: All Assigned Payments should be remitted to the address below.¹ You will be invoiced shortly by Assignee.

Wire Remittance To:   Mellon Bank          Mail check remittance to:   Banc of America Leasing & Capital, LLC
                                                                       P.O. Box 371992
                      3 Mellon Bank Center                             Pittsburgh, PA 15250-7992
                      Pittsburgh, PA 15259
                      ABA 043000261
                      Account #: 0206576

Rights: Except as specified under the Contract, Customer's rights and remedies against Supplier under the software license and services agreement ("Agreement") shall not be affected. Assignee assumes none of Supplier's obligations under the Agreement. Any questions surrounding the software or services should continue to be directed to your sales representative.

Instructions:

* Notify your Accounts Payable department by forwarding a copy of this letter
* Fax specific billing instructions and any additional invoicing requirements (e.g. reference i.e. P.O. #) to the Assignee at 312-974-7162, Attn: Linda Watson
* Contact the Assignee with any questions regarding invoicing of the Contract at 312-828-4495

Please contact me if you have any questions regarding this Assignment at 650-506-2861.

Sincerely,

Robbie Mitchell
Contracts Specialist

¹ Assigned Payments that are remitted to a party other than Assignee may not be forwarded or may not be forwarded in a timely manner to Assignee. Customer shall be solely responsible for all resulting late fees."

Notif of Assignmt_US 05May00i

# ORACLE   ORDERING DOCUMENT

|  |  |
|---|---|
| Your Name | BankUnited, FSB |
| Your Location | 7815 NW 148th Street |
|  | Miami Lakes, FL 33016 |

## ORACLE CONTRACT INFORMATION

|  |  |
|---|---|
| Agreement | Oracle License and Services Agreement |
| Agreement Name | Oracle License and Services Agreement V011987 |

This ordering document incorporates by reference the terms of the agreement specified above ("agreement").

**A.  PROGRAMS**

You have ordered the program licenses and services described below for use in the U.S., unless otherwise specified.

All fees on this ordering document are in US Dollars.

License Summary

| Product Description / License Type | Quantity |
|---|---|
| Advanced Security - Processor | Up to 55 Processors |
| Business Intelligence Server Enterprise Edition - Processor | Up to 4 Processors |
| Business Process Analysis Suite - Named User Plus | Up to 4 Named Users |
| Change Management Pack - Processor | Up to 55 Processors |
| Configuration Management Pack - Processor | Up to 55 Processors |
| Configuration Management Pack for Internet Application Server - Processor | Up to 16 Processors |
| Database Vault - Processor | Up to 55 Processors |
| Diagnostics Pack - Processor | Up to 55 Processors |
| Diagnostics Pack for Internet Application Server - Processor | Up to 16 Processors |
| Internet Application Server Enterprise Edition - Processor | Up to 16 Processors |
| Label Security - Processor | Up to 55 Processors |
| Management Pack for SOA - Processor | Up to 10 Processors |
| Oracle Database Enterprise Edition - Processor | Up to 55 Processors |
| Oracle Enterprise Single Sign-On Suite - Named User Plus | Up to 1,600 Named Users |
| Partitioning - Processor | Up to 55 Processors |
| Real Application Clusters - Processor | Up to 54 Processors |
| SOA Suite for Oracle Middleware - Processor | Up to 10 Processors |
| Tuning Pack - Processor | Up to 55 Processors |
| Webcenter - Processor | Up to 4 Processors |

The programs above represent the Capped Deployment Program Licenses (defined in section C.1.a below) and are for use subject to the maximum numbers of Processors and Named User Plus (as specified by Quantity in the above table) for a three (3) year term subject to the fixing requirements and all other terms and conditions of this ordering document.

| License Fees | Net Fees |
|---|---|
| License Fees | *$1,252,800.00 |
| First Year Support Fees | $275,616.00 |
| First Year Technical Support for Converted and Replaced Licenses | $327,360.03 |
| Net Fees | $1,855,776.03 |
| Total Fees | $1,855,776.03 |

* The license fees listed above are inclusive of your credit in the amount of $332,400.00 from your order dated 28-FEB-2007. The existing technical support fees associated with such order are included in the "First Year Technical Support for Converted and Replaced Licenses" amount and are listed above.

3050573.BankUnited, FSB, Lesley Turner

Issued by Oracle USA, Inc., 3/18/2007
CDP Ordering Document, Page 1 of 11



**B. GENERAL TERMS**

1. **Customer Definition.**

   Notwithstanding anything to the contrary in the agreement, for purposes of this ordering document, "you" and "your" shall be defined as the company listed at the head of this ordering document and you will be the only entity allowed to use the licenses acquired under this ordering document and listed above in section A, which include the Capped Deployment Program Licenses (as defined in section C.1 below). Use of your majority or minority owned subsidiaries, or any entity created through a divestiture or reorganization of, or acquisition or merger by, your company, may use any of the licenses listed in section A above, including the Capped Deployment Program Licenses, except as provided for in section C.2 Acquisition or Merger, and section C.4. Divestiture, below.

2. **Technical Support.**

   a. **General.** Technical support consists of annual technical support services you may have ordered. Fees for technical support are due and payable annually in advance. Technical support acquired under this ordering document shall be for a period of 12 months. Technical support is effective upon the effective date of this ordering document.

   The technical support fees in Section A of this ordering document shall be reduced by the amount of unused technical support associated with the converted and replaced licenses ("credit for unused support"), provided the invoices for such technical support have been paid in full. The amount of unused technical support as of May 31, 2007 is $167,666.91 and represents an estimate of your credit for unused support. The credit for unused support is calculated based on the effective date of this ordering document and the actual reduction to the technical support fees is applied after the execution of this ordering document.

   Notwithstanding anything contrary in the agreement, technical support acquired with your order may be renewed annually and. If you renew technical support for the same number of licenses for the same programs, for the first renewal year and second renewal year the fee for technical support will not increase over the prior year's fee. If you renew technical support for the same number of licenses for the same programs, for the third and fourth renewal years the fee for technical support will not increase by more than two percent (2%) over the prior year's fee. For the purposes of determining the first renewal year, the amount of the prior year's fees shall be equal to $602,976.03.

   b. **Total Support Stream.** For purposes of this ordering document, the "Total Support Stream" shall mean: (i) the technical support for the Capped Deployment Program Licenses specified in section A, (ii) the existing technical support for the Converted and Replaced Licenses as defined below, and (iii) technical support for any program licenses acquired under the terms of the Additional Licenses Section C.3.

   c. **Converted and Replaced Licenses.**

   (1) **General.** In connection with the Capped Deployment Right granted under this ordering document, all licenses of any versions or releases of the Capped Deployment Programs that were acquired by you prior to the effective date of this ordering document shall be converted and replaced as of the effective date of this ordering document (the "Converted and Replaced Licenses"). The Converted and Replaced Licenses are specified on the attached Converted and Replaced Licenses Exhibit (Exhibit B). You will no longer have any right to use the Converted and Replaced Licenses, nor will you be permitted to reinstate the Converted and Replaced Licenses. You shall not be entitled to a credit or refund of license fees for the Converted and Replaced Licenses.

   (2) **Omitted Restated Licenses.** The parties agree that they have worked in good faith to list on the Converted and Replaced Licenses Exhibit all licenses of any versions or releases of the Capped Deployment Programs that were acquired by you prior to the effective date of this ordering document. However, the parties acknowledge that some of such licenses may have been inadvertently omitted ("Omitted Licenses") from the Converted and Replaced Licenses Exhibit and that technical support fees associated with the Omitted Licenses were therefore excluded from the Total Support Stream. If at any time following the effective date of this ordering document either you or Oracle discovers any Omitted Licenses, then the parties agree that: (a) you will continue to pay all technical support fees due in connection with the Omitted Licenses during the Capped Deployment Period, and (b) the parties will amend this ordering document to add the Omitted Licenses to the Converted and Replaced Licenses Exhibit and to include the technical support fees associated with the Omitted Licenses in the Total Support Stream. You shall not be entitled to a refund or credit of any license and/or technical support fees as the result of any adjustments specified herein.

The CSI Numbers for the Converted and Replaced Licenses (as defined on Exhibit A Converted and Replaced Licenses) will be canceled upon the effective date of this ordering document. A new CSI Number will be assigned to the program licenses listed in section A.

    d.   **Technical Support Fees Due Under This Ordering Document.** The total annual technical support fees due under this ordering document specified in Section A above include the existing annual Technical Support fees for the Converted and Replaced Licenses as well as the incremental Technical Support fees due for the Capped Deployment Program Licenses.

3.  **Miscellaneous.**

    a.  Oracle has made available to you for electronic download at the electronic delivery web site located at the following Internet URL: https://edelivery.oracle.com/ecomm the programs listed in section A. Through the Internet URL, you can access and electronically download to your Florida location a current production release as of the effective date below of the software and related program documentation for each program listed in section A. You shall have sixty (60) days from the effective date of this ordering document to complete the download of the software and program documentation. Please be advised that not all programs are available on all hardware/operating system combinations. For current programs availability, please check the electronic delivery web site. Oracle is under no further delivery obligation under this ordering document, electronic or otherwise. You agree to execute and return the attached Exhibit C, Certificate of Electronic Delivery, simultaneously with the execution and return of this ordering document. You are responsible for installation of the software. All fees due under this ordering document shall be non-cancelable and the sums paid non-refundable except as otherwise specified in the agreement Provided you continuously maintain the Total Support Stream, you may continue to download the software programs for the licensed programs under this ordering document at the electronic delivery web site and/or order CD packs through the Oracle Store at the standard CD pack price.

    Should you require a replacement copy of the software or program documentation, such replacement copy shall also be delivered electronically. You shall not be entitled to any replacement copy in the form of tangible media for the software or the program documentation, other than updates provided by Oracle under technical support service if ordered.

    You acknowledge and agree that (a) you have not received any tangible media for the programs listed in section A as of the effective date and (b) any rights to receive media granted under the agreement shall not be applicable to or provided for the programs listed in section A. Further, you acknowledge that the electronic download delivery method shall be applicable to Oracle's delivery obligations for the initial copy of the programs listed in section A and shall not be applicable to any delivery of updates or technical support services ordered under this ordering document.

    b.  Provided that you comply with the delivery terms in section B.3.a, Oracle shall not invoice you for sales tax pursuant to Florida law based on the net license fees in section A for the programs delivered by electronic download; however, you agree to indemnify and hold Oracle harmless from and against any claims, losses, damages, costs, and expenses arising from imposition of sales tax based on the net license fees for the programs licenses listed in section A. Oracle shall invoice you and you are required to pay any applicable taxes related to the net support fees (specifically Software Update License & Support fees) for the ordered technical support services listed in section A.

    c.  In entering into payment obligations under this ordering document, you agree and acknowledge that you have not relied on the future availability of any program or updates. However, (a) if you order technical support for programs licensed under this ordering document, the preceding sentence does not relieve Oracle of its obligation to provide such technical support under this ordering document, if-and-when available, in accordance with Oracle's then current technical support policies, and (b) the preceding sentence does not change the rights granted to you for any program licensed under this ordering document, per the terms of this ordering document and the agreement.

C.  **OTHER**

    1.  **Capped Deployment Period.**

a.  **General.** In consideration of the payment to Oracle of the license and technical support fees specified in section A, for three (3) years (or such earlier period as set forth below in this section C.1) from the effective date of this ordering document (the "Capped Deployment Period"), you will receive the right to install and use:

   (i)   the Business Intelligence Server Enterprise Edition program, the Webcenter program on a quantity not to exceed 4 Processors;

   (ii)  the Business Process Analysis Suite program by a quantity not to exceed 4 Named User Plus;

   (iii) the SOA Suite for Oracle Middleware program, the Management Pack for SOA program on a quantity not to exceed 10 Processors;

   (iv)  the Internet Application Server Enterprise Edition program, the Configuration Management Pack for Internet Application Server program, the Diagnostics Pack for Internet Application Server program on a quantity not to exceed 16 Processors;

   (v)   the Advanced Security program, the Change Management Pack program, the Configuration Management Pack program, the Diagnostics Pack program, the Label Security program, the Partitioning program, and the Tuning Pack program, the Database Vault program, the Oracle Database Enterprise Edition program on a quantity not to exceed 33 Processors;

   (vi)  the Real Application Clusters program on a quantity not to exceed 34 processors;

   (vii) the Oracle Enterprise Single Sign-On Suite program by a quantity not to exceed 1,600 Named User Plus; (collectively, "Capped Deployment Program Licenses" or "Capped Deployment Right"), provided that (a) such Capped Deployment Program Licenses usage shall be in compliance with the terms of this agreement and this ordering document, and (b) you continuously maintain the Total Support Stream. If at any time during the Capped Deployment Period your actual usage exceeds the preceding quantities, you shall be required to acquire additional licenses and technical support in accordance with section C.5.

b.  **Certification of Capped Deployment.** Ninety (90) days before the third anniversary of the effective date of this ordering document ("Certification Date"), you shall furnish Oracle with a certification signed by an officer of your company verifying the actual number of your processors on which the Business Intelligence Server Enterprise Edition program, the Business Process Analysis Suite program, the Webcenter program, the SOA Suite for Oracle Middleware program, the Internet Application Server Enterprise Edition program, the Configuration Management Pack for Internet Application Server program, the Diagnostics Pack for Internet Application Server program, the Management Pack for SOA program, the Oracle Database Enterprise Edition program, the Advanced Security program, the Change Management Pack program, the Configuration Management Pack program, the Diagnostics Pack program, the Label Security program, the Partitioning program, the Real Application Clusters program, the Tuning Pack program, the Database Vault program, are installed and running as of such Certification Date, (i)(such certified number up to the Quantity set forth in section A for each respective program, and the number of individual Named User Plus authorized by you to use the Oracle Enterprise Single Sign-On Suite program, up to the Quantity set forth in section A for each respective program, or (ii) the Business Intelligence Server Enterprise Edition program, on a quantity not less than 4 Processors, the Webcenter program and the Business Process Analysis Suite program on a quantity not less than 4 Processors; the SOA Suite for Oracle Middleware program, the Management Pack for SOA program on a quantity not less than 10 Processors; the Internet Application Server Enterprise Edition program, the Configuration Management Pack for Internet Application Server program, the Diagnostics Pack for Internet Application Server program on a quantity not less than 15 Processors; the Advanced Security program, the Change Management Pack program, the Configuration Management Pack program, the Diagnostics Pack program, the Label Security program, the Partitioning program, and the Tuning Pack program, the Database Vault program, the Oracle Database Enterprise Edition program, the Real Application Clusters program on a quantity not less than 44 Processors; the Oracle Enterprise Single Sign-On Suite program by a quantity not less than 821 Named User Plus, either the "Certified License Count") On the Certification Date, the Capped Deployment Period and the Capped Deployment Right shall terminate and the quantity of Capped Deployment Program Licenses acquired under this ordering document will be fixed equal to the Certified License Count.

c.  **Breach of Capped Deployment Terms.** Upon the date that you fail to meet any of the conditions specified in clauses (a) – (b) of section C.1.a (the "Non-Compliance Date"), the Capped Deployment Period and the Capped Deployment Right shall immediately terminate and the Certification Date shall be accelerated to five (5) business days after the Non-Compliance Date ("Accelerated Certification Date"), provided that Oracle has provided written notice to you and you have been given thirty (30) days to cure such failure, and you shall follow the certification process set forth in section C.1.b above. For the purposes of certification under this section C.1.c, the term "Certification Date" as used in section C.1.b shall mean the Accelerated Certification Date  On the Accelerated Certification Date, the Capped Deployment Period and the Capped Deployment Right shall terminate and the quantity of Capped Deployment Program Licenses acquired under this ordering document will be fixed equal to the Certified License Count. If your non-compliance is due to failure to maintain the Total Support Stream, your use of the program licenses and

3030373.BankUnited, FSB.Lesley.Turner

Issued by Oracle USA, Inc., 5/18/2007
ODP Ordering Document, Page 4 of 11

desupported licenses after the Non-Compliance Date will be subject to the technical support pricing and policies in effect on the Non-Compliance Date.

**d.  Expiration or Termination of Capped Deployment Period.** Following the expiration or termination of the Capped Deployment Period, your use of the Processor and Named User Plus program licenses acquired under this ordering document will be in accordance with the agreement and this ordering document. If at any time after the expiration or termination of the Capped Deployment Period your usage of the Capped Deployment Program Licenses exceeds the Certified License Count, you must acquire additional program licenses and technical support from Oracle for such use. If after the expiration or termination of the Capped Deployment Period your licensing needs decrease below the Certified License Count, you shall not be entitled to a refund or credit of any fees paid under this ordering document.

Notwithstanding anything in the preceding paragraph, Oracle agrees to negotiate in good faith the pricing and terms for an extension of the Capped Deployment Right.

**2.  Acquisition or Merger.**

If, during the Capped Deployment Period only, you acquire, by merger or acquisition, more than fifty percent (50%) of the voting stock and/or assets of another entity (each, an "Acquired Entity" or collectively, the "Acquired Entities"), then you will provide to Oracle a written certification, signed by an chief level executive officer of your company, within thirty (30) days of such acquisition or merger, attesting as to (i) the amount of additional revenue resulting from such acquisition or merger, and (ii) the quantities of any existing program licenses possessed by such Acquired Entity as of its acquisition closure date of the kind (regardless of the license type or version) included in the Capped Deployment Program Licenses (collectively, the "Existing Program Licenses"). If the Acquired Entity was a publicly traded company prior to the merger or acquisition, the certification described above regarding the revenue shall be based on the Acquired Entity's most recent Annual Report prior to such acquisition. For purposes of this section C.2, the "Base Revenue" is defined as your revenue as of the effective date of this ordering document.

If such acquisition or merger results in an increase in your revenue of less than ten percent (10%) over the Base Revenue, then you may request that such Acquired Entity be added to the Capped Deployment Right described in this ordering document for no additional charge, and Oracle shall not unreasonably deny any such addition(s) to this ordering document, provided that (i) you continuously maintain the Total Support Stream for all of your licenses for the programs specified in section A of this ordering document, and (ii) you continuously maintain technical support for all of the Existing Program Licenses. So long as the cumulative increase (due to such mergers and/or acquisitions as described in this section C.2) in your revenue is less than ten percent (10%) of the Base Revenue, you may continue to make such requests as described in the previous sentence, and Oracle shall not unreasonably deny such requests. You understand and agree that once the cumulative increase (due to such mergers and/or acquisitions as described in this section C.2) in your revenue has reached ten percent (10%) of the Base Revenue, then no additional Acquired Entities may be added to the Capped Deployment Right (each such Acquired Entity, an "Excluded Entity"), and the Excluded Entity shall have no right to use any of the program licenses acquired under this ordering document and shall not be included in the Capped Deployment Right. The Excluded Entity may separately acquire program licenses and technical support from Oracle for use by such Excluded Entity in accordance with Oracle's then current prices and policies. If an Excluded Entity owns any Existing Program Licenses, then such Excluded Entity must maintain technical support for those Existing Program Licenses.

**3.  Upon Your Acquisition.**

Except as provided for in the fourth paragraph of this section C.3, if you are acquired during the Capped Deployment Period, the Capped Deployment Period and the Capped Deployment Right shall terminate upon the acquisition closure date, the Certification Date shall be accelerated to thirty (30) business days after the acquisition closure date (the "Accelerated Certification Date"), and you and Oracle shall follow the certification process set forth in section C.1.b above. As of the acquisition closure date, your quantity of licenses for the programs designated with an asterisk ("**") in section A above will be fixed and limited as set forth in such section C.1.b.

The acquiring entity ("Customer Parent") shall have no rights to the Capped Deployment Right granted under this ordering document. If Customer Parent wishes to use the Oracle programs acquired pursuant to the certification process set forth in section C.1.b above, then, provided you have continuously maintained the Total Support Stream, Oracle and Customer Parent will negotiate in good faith an assignment of such program licenses to Customer Parent. Further, Customer Parent and Oracle will negotiate in good faith to determine any needed quantities of additional program licenses and the associated fees.

3050573.MaxLimited, PSB.LesleyTurner

Issued by Oracle USA, Inc., 5/18/2007
CDP Ordering Document, Page 5 of 31

Neither you nor Customer Parent shall be entitled to any credit or refund as a result of such early termination of the Capped Deployment Period. You shall continue to maintain the Total Support Stream and Customer Parent shall continue to maintain technical support for Customer Parent's existing Oracle licenses.

If, however, Customer Parent continues to operate you as legal entity separate from Customer Parent and your employees are not merged into the general employee population of Customer Parent, then the Capped Deployment Period shall not terminate early as set forth above in this section D.3; however, neither Customer Parent nor any of Customer Parent's other subsidiaries, business units, or divisions shall have any rights to use nor shall they be permitted to use the Capped Deployment Programs. Upon the date that either (i) you are no longer operated as a legal entity separate from Customer Parent, (ii) the software and servers of Customer Parent do not remain separate from your software and servers, (iii) the employees of Customer Parent need to access or use the Capped Deployment Programs, or (iv) your employees are merged into the general employee population of Customer Parent, then the terms of the first three paragraphs of this section C.3 shall apply.

4.   Divestiture.

If another company is created through a divestiture or reorganization of your business ("Divested Entity") such Divested Entity may use a portion of the Capped Deployment Program Licenses provided under this ordering document during the Capped Deployment Period for up to six (6) months, except as set forth below ("Divestiture Period") upon written notice to Oracle provided that, (a) the Divested Entity is not a competitor of Oracle, (b) the Divested Entity agrees in writing to the terms and conditions of the agreement and this ordering document, (c) you agree to be responsible for the Divested Entity's compliance with the terms of the agreement and this ordering document during the Divestiture Period and (d) the Divestiture Period shall not exceed beyond the Capped Deployment Period (i.e., the Divestiture Period shall terminate at the end of the Capped Deployment Period). During the Divestiture Period, the Divested Entity may use the programs for either their business operations or your business operations. At the end of the Divestiture Period, the Divested Entity shall have no rights under this ordering document. If the Divested Entity wishes to continue its use of the Capped Deployment Program Licenses beyond the Divestiture Period, the Divested Entity must acquire licenses and technical support for the same (in accordance with Oracle's then current prices and policies) pursuant to a mutually agreeable license agreement and ordering document with Oracle, which will govern its use of the programs.

5.   Additional Licenses.

a.   For a period of three (3) years and six (6) months from the effective date of this ordering document, you may acquire the programs specified in attached Exhibit B, Price Hold Exhibit, provided such programs are available in production release when ordered and provided that you have continuously maintained technical support for the programs licensed under this ordering document, by paying Oracle the designated license fees. You may also acquire first year Software Update License & Support for such programs by paying Oracle the appropriate fees specified in the attached Exhibit B. Upon your exercise of this option, where shipment is required, Oracle shall deliver one (1) copy of the software media and one (1) set of documentation (in the form generally available). Any relevant purchase minimums will apply to orders placed under this section.

b.   Each order placed pursuant to this section will specify Oracle's delivery obligation. For any program listed in section A, Oracle has either no delivery obligation or the programs will be delivered via electronic download. For any program not listed in section A and that order specifies delivery, the programs will be delivered via electronic download. For any program electronic download is not possible or otherwise agreed to the parties, tangible media will be delivered. Whenever the delivery of tangible media is required, you will be invoiced for the applicable media and the shipping charges; shipping terms will be FCA: Shipping Point, Pre-paid and Add.

6.   Customer Reference.

Oracle may orally refer to you as a customer in sales presentations and activities. Upon written consent from you, Oracle may refer to you as a customer in written sales presentations and marketing vehicles.

7.   Order of Precedence.

In the event of any inconsistencies between this ordering document and the terms and conditions (the agreement), this ordering document shall supersede.

8.   Assignment.

3050373.BankUnited.FSB.Lesley.Turner

Issued by Oracle USA, Inc., 5/18/2007
CDP Ordering Document, Page 6 of 11

Upon advance written notice to Oracle and provided that you have continuously maintained technical support, you may assign your rights under this ordering document to an entity that is either (a) acquiring all or substantially all of your assets and assuming all liabilities related to such assets or (b) acquiring the division, business unit or operation of yours which uses Oracle software programs and assuming the liabilities of such division, business unit or operation. Additionally, the assignee must agree in writing to the terms and conditions of this ordering document and the agreement.

9.  Consulting Services.

In consideration for the license payment to Oracle specified in section A, you are entitled to receive 60 total days of standard time and materials Oracle Consulting Services performed in the United States by one Senior Principal level Oracle consultant for a period of 12 months from the effective date of this ordering document. Any days not used before the expiration of the one-year period shall be forfeited and void. For purposes of this paragraph, a 'day' shall mean eight hours during normal business hours, Monday through Friday. The services provided by such consultant shall be used solely for obtaining assistance with your implementation of the programs in section A and may not be used toward any development of products or pre-defined deliverables, or customization of Oracle programs.

10.  Learning Credits.

In consideration for the license payment to Oracle specified in this ordering document within 30 days of the effective date, you shall receive a Learning Credit which is valid for one year from the effective date of this ordering document. The value of this Learning Credit is $25,000.00. For purposes of this section, the discount applied to the Learning Credit is 15%. The Learning Credit may be used to acquire education products (excluding Oracle Tutor, Oracle iLearning and Oracle iLearning Subscription) and services at the list price and under the terms specified in the Oracle University online catalogue posted at www.oracle.com/education, at the time such products or services are ordered. Any Learning Credit remaining at the end of the one year shall be forfeited. A Learning Credit may only be used in the country where it was acquired. You may be required to execute standard Oracle ordering materials when using a Learning Credit to order education products or services.

| Technical Contact | BankUnited, FSB | Contract Administrator | BankUnited, FSB |
|---|---|---|---|
| Location | 7815 NW 148th Street<br>Miami Lakes, FL 33016 | Location | 7815 NW 148th Street<br>Miami Lakes, FL 33016 |
| Contact<br>Phone<br>Email Address | Eddie Buitrago<br>305-231.6459<br>ebuitrago@bankunited.com | Contact<br>Phone<br>Email Address | Art Peffer<br>305-698.4229<br>apeffer@bankunited.com |

This quote is valid through May 31, 2007 and shall become binding upon execution by you and acceptance by Oracle.

| BankUnited, FSB | | ORACLE USA, INC. | |
|---|---|---|---|
| Signature | | Signature | |
| Name | LUKAS BUSANYER | Name | |
| Title | EVP | Title | |
| Signature Date | 5/22/07 | Signature Date | |
| Effective Date | _____ (to be completed by Oracle) | | |

385057J.BankUnited, FSB.Lesley.Turner

Issued by Oracle USA, Inc., 3/15/2008
CDP Ordering Document, Page 7 of 1

Page 1 of 2

# ORACLE'

**Enabling the Information Age™**

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2176750 |
|---|---|
| INVOICE DATE | 31-May-2007 |
| YOUR P.O. NUMBER | OFD22608 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 30-Jun-2007 |

**BILL TO:**
BankUnited, FSB
Robbie Mitchell
c/o OFD
500 Oracle Parkway
MS-OPL1
REDWOOD SHORES, CA 94065
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2176750 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO: Oracle USA, Inc
PO BOX 44471
SAN FRANCISCO CA
94144-4471

WIRE TRANSFERS TO: WELLS FARGO BANK
ABA 121000248
ACCT 4522-020841

CREDIT CARD PAYMENTS: Contact Collections

**SHIP TO:**
BankUnited, FSB
Eddie Buitrago
7815 NW 148th Street
MIAMI LAKES, FL 33016
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Nicholson, Mr Keith | 8180906 | Robbie Mitchell | BankUnited, FSB |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Advanced Security - Processor-License | 55 | Y | 66,000.00 |
| 2 | Real Application Clusters - Processor-License | 54 | Y | 184,000.00 |
| 3 | Internet Application Server Enterprise Edition - Processor-License | 16 | Y | 36,000.00 |
| 4 | Management Pack for SOA - Processor-License | 10 | Y | 20,000.00 |

| SPECIAL INSTRUCTIONS: | | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|---|
| | | 1,252,800.00 | 76,102.00 | 0.00 | 1,328,902.00 |
| | | Less payments | | | 0.00 |
| | | Credits/Adjustments | | | |
| | | Outstanding Balance as of 07-Jun-2007 | | | |

**ORACLE**

Enabling the Information Age™

Page 2 of 2

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2176750 |
|---|---|
| INVOICE DATE | 31-May-2007 |
| YOUR P.O. NUMBER | OFD22608 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 30-Jun-2007 |

| | | | | |
|---|---|---|---|---|
| 5 | Business Process Analysis Suite - Named User Plus-License | 4 | Y | 8,000.00 |
| 6 | SOA Suite for Oracle Middleware - Processor-License | 10 | Y | 60,000.00 |
| 7 | Oracle Database Enterprise Edition - Processor-License | 55 | Y | 200,000.00 |
| 8 | Oracle Enterprise Single Sign-On Suite - Named User Plus-License | 1600 | Y | 19,200.00 |
| 9 | Partitioning - Processor-License | 55 | Y | 66,000.00 |
| 11 | Diagnostics Pack - Processor-License | 55 | Y | 19,800.00 |
| 12 | Diagnostics Pack for Internet Application Server - Processor-License | 16 | Y | 4,800.00 |
| 13 | Change Management Pack - Processor-License | 55 | Y | 19,800.00 |
| 14 | Configuration Management Pack - Processor-License | 55 | Y | 19,800.00 |
| 15 | Configuration Management Pack for Internet Application Server - Processor-License | 16 | Y | 3,600.00 |
| 17 | Business Intelligence Server Enterprise Edition - Processor-License | 4 | Y | 180,000.00 |
| 18 | Tuning Pack - Processor-License | 55 | Y | 19,800.00 |
| 19 | WebCenter - Processor-License | 4 | Y | 40,000.00 |
| 10 | Database Vault - Processor Perpetual | 55 | Y | 220,000.00 |
| 16 | Label Security - Processor Perpetual | 55 | Y | 66,000.00 |

| SPECIAL INSTRUCTIONS: | | | | |
|---|---|---|---|---|
| | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
| | 1,252,800.00 | 76,102.00 | 0.00 | 1,328,902.00 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | - |
| | Outstanding Balance as of 07-Jun-2007 | | | - |

Page 1 of 3

# ORACLE

Enabling the Information Age™

## INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2176751 |
|---|---|
| INVOICE DATE | 31-May-2007 |
| YOUR P.O. NUMBER | OFD22608 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 30-Jun-2007 |

BILL TO.
BankUnited, FSB
Robbie Mitchey
c/o OFD
500 Oracle Parkway
MS-OPL1
REDWOOD SHORES, CA 94065
UNITED STATES

SHIP TO :
BankUnited, FSB
Eddie Buitrago
7815 NW 148th Street
MIAMI LAKES, FL  33016
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE   2176751 | ON YOUR REMITTANCE |
|---|---|
| MAIL CHECKS TO: | Oracle USA, Inc.<br>PO BOX 44471<br>SAN FRANCISCO CA<br>94144-4471 |
| WIRE TRANSFERS TO: | WELLS FARGO BANK<br>ABA  121000248<br>ACCT  4522-020841 |
| CREDIT CARD PAYMENTS: Contact Collections | |

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Nicholson, Mr Keith | 8180906 | Robbie Mitchell | BankUnited, FSB |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Advanced Security - Processor-Support | 55 | Y | 22,572.80 |
| 2 | Real Application Clusters - Processor-Support | 54 | Y | 48,386.40 |
| 3 | Management Pack for SOA - Processor-Support | 10 | Y | 5,864.15 |
| 4 | Configuration Management Pack for Internet Application Server - Processor-Support | 16 | Y | 3,134.64 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 429,027.25 | 26,430.42 | 0.00 | 455,457.67 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 07-Jun-2007 | | | 455,457.67 |

Page 2 of 3

# ORACLE'

Enabling the Information Age™

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2176751 |
|---|---|
| INVOICE DATE | 31-May-2007 |
| YOUR P.O. NUMBER | OFD22608 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 30-Jun-2007 |

| | | | |
|---|---|---|---|
| 5 | Oracle Database Enterprise Edition - Processor-Support | 55 | Y | 52,052.82 |
| 7 | Configuration Management Pack - Processor-Support | 55 | Y | 12,408.82 |
| 8 | Business Process Analysis Suite - Named User Plus-Support | 4 | Y | 2,345.66 |
| 9 | SOA Suite for Oracle Middleware - Processor-Support | 10 | Y | 14,664.15 |
| 10 | WebCenter - Processor-Support | 4 | Y | 9,385.66 |
| 12 | Partitioning - Processor-Support | 55 | Y | 22,572.82 |
| 14 | Diagnostics Pack - Processor-Support | 55 | Y | 12,408.82 |
| 15 | Diagnostics Pack for Internet Application Server - Processor-Support | 16 | Y | 3,398.64 |
| 16 | Internet Application Server Enterprise Edition - Processor-Support | 16 | Y | 10,262.64 |
| 19 | Oracle Enterprise Single Sign-On Suite - Named User Plus-Support | 1600 | Y | 238,487.81 |
| 21 | Tuning Pack - Processor-Support | 55 | Y | 12,408.82 |
| 22 | Business Intelligence Server Enterprise Edition - Processor-Support | 4 | Y | 40,185.66 |
| 23 | Change Management Pack - Processor-Support | 55 | Y | 12,408.82 |
| | Discount for unused Support | 1 | Y | <172,947.52> |
| 6 | Software Update License & Support - 1 Database Vault - Processor Perpetual  28-MAY-07 - 27-MAY-08 | 55 | Y | 56,452.82 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 429,027.25 | 26,430.42 | 0.00 | 455,457.67 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 07-Jun-2007 | | | 455,457.67 |

**ORACLE**

Enabling the Information Age™

Page 3 of 3

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2176751 |
|---|---|
| INVOICE DATE | 31-May-2007 |
| YOUR P.O. NUMBER | OFD22608 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 30-Jun-2007 |

| 17 | Software Update License & Support - 1 Label Security - Processor Perpetual- 28-MAY-07 - 27-MAY-08 | | 55 | Y | | 22,572.82 | |
|---|---|---|---|---|---|---|---|

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 439,027.25 | 26,430.42 | 0.00 | 455,457.67 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 07-Jun-2007 | | | 455,457.67 |

## Zaida Alfaro

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, June 30, 2009 12:50 PM |
| **To:** | zaida@cohenandbobotas.com |
| **Subject:** | FedEx Shipment 797721558432 Delivered |

This tracking update has been requested by:

Company Name: COHEN & BOBOTAS
Name:      Zaida Alfaro
E-mail:    zaida@cohenandbobotas.com

Our records indicate that the following shipment has been delivered:

Reference:                BankUnited
Ship (P/U) date:          Jun 29, 2009
Delivery date:            Jun 30, 2009 9:58 AM
Sign for by:              J.ELLIOT
Delivered to:             Mailroom
Service type:             FedEx Priority Overnight
Packaging type:           FedEx Envelope
Number of pieces:         1
Weight:                   0.50 lb.
Special handling/Services: Adult Signature Required
                          Deliver Weekday

Tracking number: 797721558432

| Shipper Information | Recipient Information |
|---|---|
| Zaida Alfaro | Claim Agent |
| COHEN & BOBOTAS | FDIC as receiver of BankUnited-FSB |
| 1111 BRICKELL AVENUE; SUITE 2920 | 1601 Bryan Street |
| MIAMI | Dallas |
| FL | TX |
| US | US |
| 33131 | 75201 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:50 AM CDT on 06/30/2009.
Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

 **Shipment Receipt**

**Address Information**

| Ship to: | Ship from: |
|---|---|
| Claim Agent | Zaida Alfaro |
| FDIC as receiver of | COHEN & BOBOTAS |
| BankUnited-FSB | |
| 1601 Bryan Street | 1111 BRICKELL AVENUE |
| | SUITE 2920 |
| Dallas, TX | MIAMI, FL |
| 75201 | 33131 |
| US | US |
| 8888888888 | 3053718177 |

**Shipping Information**
Tracking number: 797721558432
Ship date: 06/29/2009
Estimated shipping charges: 21.54

**Package Information**
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1LBS
Declared value: 0.00USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information**
Bill transportation to: Sender
Your reference: BankUnited
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with Fedex ShipManager at fedex.com.

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# Exhibit "E"

OCT 01 2009 11:51 FR LEASE ADMINISTRATION 3125076720 TO 917244090619    P.01/01



**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201

Division of Resolutions and Receiverships

**CERTIFIED MAIL 7009 0820 0002 1739 4196**
**RETURN RECEIPT REQUESTED**

September 18, 2009

Banc Of America Leasing & Capitol, LLC
231 S.LaSalle St. 8th Floor
Chicago, IL 60604

SUBJECT:   10061–BANKUNITED FSB
CORAL GABLES, FL – In Receivership
**NOTICE OF DISALLOWANCE OF CLAIM**

Dear Claimant:

The Receiver of  BANKUNITED FSB  has reviewed your claim against the receivership.  After a thorough review of your filed claim along with your supporting documentation, the Receiver has determined to disallow your claim for the following reason(s) :

This claim should be paid by the bank. Please call Tim Hobbs at 972-761-8643

Pursuant to 12 U.S.C. Section 1821 (d) (6), if you do not agree with this disallowance, you have the right to file a lawsuit on your claim (or continue any lawsuit commenced before the appointment of the Receiver), in the United States District (or Territorial) Court for the District within which the failed Institution's principal place of business was located or the United States District Court for the District of Columbia within 60 days from the date of this notice.

**IF YOU DO NOT FILE A LAWSUIT** (or continue any lawsuit commenced before the appointment of the Receiver) **BEFORE THE END OF THE 60-DAY PERIOD, THE DISALLOWANCE WILL BE FINAL, YOUR CLAIM WILL BE FOREVER BARRED AND YOU WILL HAVE NO FURTHER RIGHTS OR REMEDIES WITH RESPECT TO YOUR CLAIM. 12 U.S.C. Section 1821(d)(6)(B).**

However, if a portion of your claim is for an insured deposit, your claim is not against the Receiver but rather is against the FDIC in its "corporate" capacity as deposit insurer.  An insured depositor's rights are prescribed in 12 U.S.C. Section 1821(f) and differ from the rights described in the preceding paragraphs.

If you have any questions about this letter, please contact the undersigned at (972) 761-8677.

Sincerely,

Claims Agent
Claims Department

RLS7216

** TOTAL PAGE.01 **