AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC,<br><br>*Plaintiff*<br>v.<br>FDIC, AS RECEIVER FOR BANKUNITED, FSB, AND BANKUNITED.<br>*Defendant* | Civil Action No. **09-23512-CV-UNGARO/SIMONTON** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for BankUnited, FSB
1601 Bryan Street
Dallas, TX 75201


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHELLE A. MCCLASKEY, ESQ.
COHEN & BOBOTAS
1111 BRICKELL AVE., STE 2920
MIAMI, FL 33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



## SUMMONS

Date: **November 18, 2009**

Steven M. Larimore
Clerk of Court

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

BANC OF AMERICA LEASING & CAPITAL, LLC,

*Plaintiff*

v.

FDIC, AS RECEIVER FOR BANKUNITED, FSB, AND BANKUNITED.

*Defendant*

Civil Action No. **09-23512-CV-UNGARO/SIMONTON**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BankUnited
7815 NW 148 ST
Miami Lakes, FL 33016

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHELLE A. MCCLASKEY, ESQ.
COHEN & BOBOTAS
1111 BRICKELL AVE., STE 2920
MIAMI, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **November 18, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rosy Avael
Deputy Clerk
U.S. District Courts